UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60340-RS

RICHEMONT INTERNATIONAL SA, *et al.*,

      Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## ORDER DISMISSING DEFENDANT NUMBERS 42, 76, AND 96

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal, Without Prejudice, of Defendant Numbers 42, 76, and 96 [DE 23]. Upon consideration, it is hereby,

**ORDERED** that Defendants BatterChoice (Defendant Number 42), LuxuryGifts (Defendant Number 76), and songxu3383 (Defendant Number 96) are **DISMISSED WITHOUT PREJUDICE**. This case remains open and pending as to the remaining Defendants.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 18th day of April, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record