UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-CV-60340-RS**

RICHEMONT INTERNATIONAL SA, *et al*.,

    Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## **FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to the Court's Order Granting Motion for Final Default Judgment [DE 29], and in accordance with Federal Rule of Civil Procedure 58(a), it is hereby,

**ORDERED** that Final Default Judgment is hereby entered in favor of Plaintiffs, Richemont International SA, Cartier International A.G., Lange Uhren GMBH, Montblanc-Simplo GMBH, Officine Panerai A.G., and Van Cleef & Arpels SA (collectively, "Plaintiffs") and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants") as follows:

1. Permanent Injunctive Relief. Defendants and their officers, directors, employees, agents, representatives, subsidiaries, distributors, and all persons acting in concert or participation with Defendants are hereby permanently restrained and enjoined from:

    a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks

    identified in Paragraphs 21, 27, 33, 39, 45, 51, 57, 63, and 69 of the Amended Complaint [DE 18] (the "Plaintiffs' Marks");

b. using Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing, or using in connection with the sale of any goods a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

h. otherwise unfairly competing with Plaintiffs;

i. using Plaintiffs' Marks, or any confusingly similar trademarks on e-commerce marketplaces, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any

      other form of use of such terms which are visible to a computer user or serves to direct computer searches to websites, Internet based e-commerce stores, seller identities or domain names registered by, owned, or operated by Defendants; and

  j. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Additional Equitable Relief:

  a. In order to give practical effect to the Permanent Injunction, and upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the E-commerce Store Names, including but not limited to Amazon.com, Inc. and ContextLogic, Inc., which operates Wish.com platform, shall permanently remove from the multiple platforms, which include, *inter alia*, a Direct platform, Group platform, Seller Product Management platform, Vendor Product Management platform, and Brand Registry platform, any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks via the e-commerce stores operating under the E-commerce Store Names, including but not limited to the listings and associated images identified by the "parent" and/or "child" Amazon Standard Identification Numbers ("ASIN") on Schedule "A" hereto, and any other listings and images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks associated with any ASIN linked to the same sellers or linked to any other alias e-commerce store names being used and/or controlled by the Defendants to promote, offer for sale, and/or sell goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks; and

    b. Upon Plaintiffs' request, any Internet marketplace website operator and/or administrator, who is in possession, custody, or control of the Defendants' goods bearing and/or using one or more of Plaintiffs' Marks, including but not limited to Amazon.com, Inc. and ContextLogic, Inc., which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender those goods to Plaintiffs.

3. Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c). Plaintiffs are awarded damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range of 15 U.S.C. § 1117(c).

4. All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon Payments, Inc. ("Amazon"), ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), and their related companies and affiliates, are to be immediately **(within 5 business days)**, transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon, ContextLogic, and their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds

restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

5. Interest from the date of this judgment shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6. The bond posted by Plaintiffs in the amount of $10,000.00 is hereby ordered released by the Clerk.

7. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

8. Plaintiffs are ordered to serve a copy of this Order upon Defendants by (a) providing the address to Plaintiffs' designated service notice website to Defendants via the e-mail addresses provided by each Defendant as part of the data related to its e-commerce store, including customer service e-mail addresses, onsite contact forms, and private messaging applications and/or services, or via the e-commerce platform e-mail for each of the e-commerce stores; and (b) publicly by posting a true and accurate copy of the foregoing on Plaintiffs' designated serving notice website appearing at http://servingnotice.com/R1Ar08/index.html.

9. Any pending motions not otherwise addressed are **DENIED as moot**.

10. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of May, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME, AND FINANCIAL ACCOUNT INFORMATION

| Def. No. | Platform | Defendant / E-commerce Store Name | Amazon Seller ID # / Merchant # | ASIN # / Infringing Product # |
|---|---|---|---|---|
| 1 | Amazon | aabbyee | A177JK8NE38JBV | B0BNBMV9S2 B0BNBJ7WB4 |
| 2 | Amazon | am ang heng wei | A3H79NFZPQKP0D | B0BHR5JBXG B0BHR2T65D |
| 3 | Amazon | Anqingkehenshangmaoyouxiangongsi | ALG4484ZUA0HA | B0BPTFPL49 |
| 4 | Amazon | ASNXBHDG5PLOKMRG | A1L9IFG7WCKLNO | B0BB9XSTZC |
| 5 | Amazon | BVNRGJETYWRY | A1OR1XEZ7S7GRB | B0BPYVX53M |
| 6 | Amazon | CY-ECC | A28B1JMJC3P7RO | B0B5HLL7L7 B0B61R1593 |
| 7 | Amazon | DMJUC | A1AM490I9GUJ8V | B0B61T9KMR |
| 8 | Amazon | DOCGOL | A2NP4QANCN2AWI | B0B7N94V5H B0B7NBWVWM |
| 9 | Amazon | duanliboalksdjflkj | A3SZJ1NVKVHJ63 | B0BNKY916Z B0BNKXXV93 |
| 10 | Amazon | Fashion_Store01 | A1CKF2B8CLNN2X | B0BL29DX6N B0BL29W9NC |
| 11 | Amazon | Henrong | A1M8NTDPZ6JLR2 | B0BNHQJGFH |
| 12 | Amazon | huangtaodebeimeidianpu | A2I76S1L2DKTFN | B0BHR16L74 B0BHR2T65D |
| 13 | Amazon | iao yu | A16YYF9BZGEVFU | B0BJBBN3YV |
| 14 | Amazon | KHJGF | A1ZE7IX3TLJNKE | B0B7F9LMNG B0B7F85T4G |
| 15 | Amazon | Knowmi Jewelry | A1NT740Z8JWXB1 | B0B4N78CFS B0B4NH5YGX |
| 16 | Amazon | linxiaoqinglii | A1ZZ2ICQBSO0KA | B0B5HPRJCT B0B94MY4FF |
| 17 | Amazon | liuanchourongshangmaoyouxiangongsi | A1SOFTTJBZZJH0 | B0B2Q62GB5 |
| 18 | Amazon | shidaifuzhuangwangdian | A1UOGDB30J75B5 | B0BFHYVRBZ B0BFHTFHCD |

6

| | | | | |
|---|---|---|---|---|
| 19 | Amazon | Taiyuanshitujuekaiwangluoke jiyouxiangongsi a.k.a. Pdd（✈7-14 days delivery） | AM8ZA6GLMK3HD | B0BNL7KKK4 |
| 20 | Amazon | uqingriyongbaih | A2CFOYSRL413EZ | B0B51NJQ2B B0B51KXF77 B0B51KRXQD |
| 21 | Amazon | US-599WS | A1BUO7JWMKROUB | B0B866XZJD B0B867LVFP |
| 22 | Amazon | US-9W6 | A2OO8KWRSC19MT | B0BD8H8556 B0BD8J4KV8 |
| 23 | Amazon | US-986Boutique | A3KED1MLS9ZRTF | B0B7P55PDQ B0B7P2YV78 |
| 24 | Amazon | US-A9S5 | A312M2MDLY9E6I | B0B867Q1R7 B0B866Y5HY |
| 25 | Amazon | US-VCA-1 | A10890RC54RJ9E | B0BHNH2V87 B0BLLGZSP4 |
| 26 | Amazon | WSDFJS84 | ASCQUCLGF60BA | B09WDK3T77 B09WHXXD5H |
| 27 | Amazon | wujiantingdebeimeidianpu | A23P37FSAG58W6 | B0BJ11DHG9 |
| 28 | Amazon | WuYishanshilongjingcanguan | A117OXWI7IIREE | B0B5Z3GCZF |
| 29 | Amazon | xian feng AM | A3GV4DMW0041FO | B0BGLHCH4G B0BGLGWR1P |
| 30 | Amazon | xiendsad | A32EBTYVI7UFUX | B0B2WBWT9K B0B8JNQ1WY |
| 31 | Amazon | xinggui | A1EO9YGA00FUQW | B0B34CR2KR |
| 32 | Amazon | yanshi5569 | A2VEAU0REEV5NM | B0B2WBFVJX B0B8JNQ1WY |
| 33 | Amazon | yao hong ying | A2Q75RE2720FYK | B0BFNPBPP9 B0BFNNV3RF |
| 34 | Amazon | youth girlr | ALDDXB9U2P20Q | B09M469TRZ |
| 35 | Amazon | yuantaodianzishangwuyouxia ngongsi | A1ZC1EYQ0O3RW4 | B0B1PRQT6L B0B1NTHX1N B0B1P74YC6 |
| 36 | Amazon | zhang chuan xin | A2UIIGGM8XMLG9 | B0BFLMV6Z6 B0BFLV5B1D |
| 37 | Amazon | zhangtong123456 | A2HSBJK7B2I04D | B0BPTBFPQF |
| 38 | Wish | 87778999 | 61ef3de3383a1ac177b2b 532 | 62cd171134779f09f7d56 9a7 |

| | | | | |
|---|---|---|---|---|
| 39 | Wish | anpenghui2134 | 61ac6b60421574bc0e777c24 | 61af925841b1ff1c8916364c |
| 40 | Wish | Asiescomosehace | 6159c40f3221c04c7100c315 | 627cdeac1676fe651fe13739 |
| 41 | Wish | BAJOS EXTREMOS | 609aae3b403f039b8ab86d9b | 62b0111f789846fdae743b2d |
| 43 | Wish | Bombassport | 619d391c49f59ebfa9270673 | 627613ea3be0de986e6708db |
| 44 | Wish | Candace J Maness | 5e940ab11a25ab6300bc13c | 619b8dfe3ae98d9b9b92e80a |
| 45 | Wish | changyufu1350 | 61d9067b170a0c422a315971 | 62a935b1ffaa0b8992d24a26 |
| 46 | Wish | chenliwei668 | 60e3bef5fd094917b3ff23b6 | 62aacf2fc40d337540ccf559 |
| 47 | Wish | Cooper Tech Store | 61a7c75c97a03e9fdaf93812 | 626f705d0176807a50159888 |
| 48 | Wish | Diamonds & Ivory | 619d773ac0d2d4813b1b505e | 61d3f8fe381de3dccbaceea9 |
| 49 | Wish | Donald E Love | 5e8c47d23c83fc720396179e | 62ca6b5c8bd92554c6c0550d |
| 50 | Wish | Edith M Frank | 5e8b02b329e786245620b276 | 629661e8e6048bded939bc19 |
| 51 | Wish | Edwin B Figueroa | 5e8ae1c402e0171d8086f7a5 | 6278b3e127aa94aef385b264 |
| 52 | Wish | El Jany | 616709c0ffc88cba4848a642 | 61f0b8a3785dedac5705c1ab |
| 53 | Wish | fanmengmeng50639 | 6083e3eb5521903780308871 | 61d134f55028b0aeeea1d2c6 |
| 54 | Wish | gaowenlong6004 | 61cd2afa104ad6bc88ffab16 | 6269f200831b6c6353f0329a |
| 55 | Wish | guziyi668 | 60f3a169c28598310826a81c | 629d93e4f8c6dac9babb26c4 |
| 56 | Wish | Haitian Technologyp | 619349dd0008ca8b316e2b29 | 627a067c65bef5dfbe5d176f |
| 57 | Wish | Henne makeup | 60e3ab311c560406341a2b06 | 61accd9dffb2e960afbafd0f |
| 58 | Wish | heqihong5176 | 60b6fe11ec667b7f490c5c6a | 616ba35331a554b1e1c6b53c |
| 59 | Wish | Howard T Moore | 5e8efcc7ff68543241a858c2 | 628ce2effce9250e6f265e10 |
| 60 | Wish | huangjiale6209 | 61caba05aa02e048161b0a8e | 62aacffd7af789e7b4ccf785 |
| 61 | Wish | huhaohong4791 | 606a9251851ae4be53025bdd | 61d001e906995423359c149e |
| 62 | Wish | hujianzhong6958 | 6147e910626f1b506e234e16 | 62b27bf14c8e4fdb459c977c |
| 63 | Wish | huyanhui2134 | 6195fc8a7b61f731ad912 | 628ccef977fac6deec1419 |

| | | | 5bd | 06 |
|---|---|---|---|---|
| 64 | Wish | Intersports Jorii | 617182993a60ad0c432b0b6a | 62748ece58f889228018d297 |
| 65 | Wish | iwhwdli8f | 5e4bd0c0c58483610a5be154 | 62b6ad48af45c319d911478c |
| 66 | Wish | jieanna5497 | 61da5e0b4a2b7a267d315824 | 62b40c1ee53f96bad14ad1a1 |
| 67 | Wish | jinxin7096 | 61a982dae383648e4a1e4687 | 62a46e4cbb380b1a6854ceb2 |
| 68 | Wish | JosephJenn | 5e94c8d846be6ae569df1ddf | 61e0e19277449e9b4cf89a77 |
| 69 | Wish | Joucool Sambatex | 61f2c51595e8a8909422f0ad | 6289d3c3cbb0afa7497649a0 |
| 70 | Wish | Kandalbros | 614811d6c61533c5b0b96ff0 | 61d1399e3beb164f53a687d7 |
| 71 | Wish | Karsmotors | 619c3519c9736f6c7810d9c5 | 62a826858eb54db707438776 |
| 72 | Wish | liujun7224 | 61dfa039b6404b716583569b | 61f0cc95eedc903104a1a824 |
| 73 | Wish | liuyujie5246 | 61de7b012fd2f09afb71760e | 628cd79d1394638829c44e46 |
| 74 | Wish | Luly21 | 60fdfe74410c05a2c1e336e5 | 61dd2d177da3f37b0a0dc917 |
| 75 | Wish | luoyongchao54278 | 6103a860fb3a8a0bc2429f16 | 624401b564bc32aa0154b789 |
| 77 | Wish | Martha D Thomas | 5e8eca25676d250c52413878 | 62a457066e3d6dc345f99272 |
| 78 | Wish | Mundo De Piedra | 61f2cbcf483aa3399115a31e | 6260fa0d36b5e95b28495dbf |
| 79 | Wish | Murphy Beauty Salon | 60dbdde7c8f927a555cef7bf | 61de883b39b7c805bcdd7f0d |
| 80 | Wish | niepin5278 | 6191f16a486f4b05bffcabd1 | 61b89ac1aae977868249c1a7 |
| 81 | Wish | Nojoseka | 5fe9e61fe94aa4b792de2a24 | 60ba00f2f4cde73ed9eab8c3 |
| 82 | Wish | OuyeyongdRz | 5e841c0ebc418d132e0e4ff8 | 61acc592c6281417b9780e62 |
| 83 | Wish | perforenseanna | 60e35234d9e1822c118f58f2 | 6211eda1d1cb105919873721 |
| 84 | Wish | Richard P Bowden | 5e8d858664a6400b4846ba4f | 62949a89e6014ebee01d880d |
| 85 | Wish | ronglin5478 | 61e7cb0fd27ea2d647679d8d | 6263b8ebaafc2ea4d1f34c1a |
| 86 | Wish | Rosa Flowers Up Shop | 614cd0eb5bf378f8d47ca036 | 62aff1518d481dea4ed5f9a4 |
| 87 | Wish | Rosalie E Cleveland | 5e8c0b9c84b2547c5eb04b24 | 626826a21d48e575a66b17ba |

9

| | | | | |
|---|---|---|---|---|
| 88 | Wish | RY Starp | 6193311d1ee5276e52fd8724 | 626d0bce6eb0699a78ae5cb1 |
| 89 | Wish | Ryanmaent | 6165586a24aa2c5c69237c7f | 61dce8072df3c7f1ba1a102e |
| 90 | Wish | s85cfd1f | 5f61c3f651537dbe053e9eae | 6257d448032bd8002567c2a8 |
| 91 | Wish | Servicios Tecnologicios VEMA | 616cb2693d76d6de5b7fc9d8 | 623ada2a869579d8a7741373 |
| 92 | Wish | shaozhuomin2134 | 6140285813608de1faa0ddc0 | 61b1d16c746e4c697e66367b |
| 93 | Wish | Show your momp | 6193510b0762cd358f8a6a80 | 62a469b96d468e9b6ef8f398 |
| 94 | Wish | Skaf Pet Products | 60dbec1921813c7746963ed1 | 6213405a9b7de524267908f0 |
| 95 | Wish | songchuntao | 607b99c545810261007adbbd | 62ea29e6ffc06a3153cae242 |
| 97 | Wish | suéter de algodon | 608de3508c4dd7bc67be2666 | 62c139d1606f25ffc8c2dddf |
| 98 | Wish | textile house | 613a84e3e010906ca6af88bf | 628dce963057092949a7485b |
| 99 | Wish | Virko | 60fc86e2ce53a3cd3e2ecc6c | 61d3eff1de06c62e0ecd8424 |
| 100 | Wish | wangcong2134 | 618f7474e2fea24134fcaa80 | 628cd2d8694d29bb8eff7779 |
| 101 | Wish | wangjie2134 | 618f6a712192b16ac68a7f8b | 621ef188cdcb0a122e57ea40 |
| 102 | Wish | wangxiaodan4715 | 61b031ca830e348d553633a5 | 6203997b785a57de82d32162 |
| 103 | Wish | xiuyongan2134 | 61e39c31d8aeefabe097 12e1 | 6229a8539d2e70e7f4f59159 |
| 104 | Wish | xujielai5314 | 61e27ee15efd62823f970bbd | 6215a0f1c1fae6456393efbb |
| 105 | Wish | xuyimin1134 | 610a500aa5586bf1adffcf6a | 6299b071908e623220bfd3de |
| 106 | Wish | yudongting6137 | 6112348ac69f3e19c4e846f3 | 6184d647e2c9ef7158d41c66 |
| 107 | Wish | zhangxingrui1134 | 610cacd55d20d95f840f897a | 624fd91c738424ed387f01a3 |
| 108 | Wish | zhangxingyu058954 | 619f2ed026a74d0893070406 | 62973c8afd8acc7e33ea4bc3 |
| 109 | Wish | zhangyuezhong056874 | 61a04d7b91a38ec0a1392265 | 6260e50143d93e105fa3941e |
| 110 | Wish | zhanyihao5481 | 61e7c66a036346cc4a55501a | 62639964eed7268ca62dc808 |
| 111 | Wish | zhaoyong1441 | 611f2b9d3a4075e9a0bb1559 | 6246b8f7604a8ddac1e8e8e2 |