AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the Southern District of Florida_ on the following

☐ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>for the Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Richemont International SA et al | | DEFENDANT<br>The Individuals, Business Entities, and Unincorporated Associations |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 1,205,403 | 8/17/1982 | IWC International Watch Co. |
| 2 4,270,382 | 1/8/2013 | IWC |
| 3 4,322,600 | 4/23/2013 | IWC |
| 4 1,339,139 | 6/4/1985 | Jaeger-LeCoultre |
| 5 1,402,084 | 7/22/1986 | Jaeger-LeCoultre |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 2,345,742 | 4/25/2000 | Roger Dubuis |
| 2 5,201,114 | 5/9/2017 | Excalibur |
| 3 3,114,414 | 7/11/2006 | Vachoron Constantin |
| 4 | | See attached Exhibits |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br>Final Judgment and Permanent Injunction.  See attached Order. |
|---|

| CLERK<br>Angela Noble | (BY) DEPUTY CLERK<br>Patricia Curtis | DATE<br>5/31/2023 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**Print**   **Save As...**   **Reset**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-60340-RS

RICHEMONT INTERNATIONAL SA, *et al*.,

          Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

          Defendants.

_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Pursuant to the Court's Order Granting Motion for Final Default Judgment [DE 29], and in accordance with Federal Rule of Civil Procedure 58(a), it is hereby,

**ORDERED** that Final Default Judgment is hereby entered in favor of Plaintiffs, Richemont International SA, Cartier International A.G., Lange Uhren GMBH, Montblanc-Simplo GMBH, Officine Panerai A.G., and Van Cleef & Arpels SA (collectively, "Plaintiffs") and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants") as follows:

1. Permanent Injunctive Relief. Defendants and their officers, directors, employees, agents, representatives, subsidiaries, distributors, and all persons acting in concert or participation with Defendants are hereby permanently restrained and enjoined from:

    a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks

identified in Paragraphs 21, 27, 33, 39, 45, 51, 57, 63, and 69 of the Amended Complaint [DE 18] (the "Plaintiffs' Marks");

b.  using Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c.  using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d.  falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e.  engaging in any act which is likely to falsely cause members of the trade and/or the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f.  using any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g.  affixing, applying, annexing, or using in connection with the sale of any goods a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

h.  otherwise unfairly competing with Plaintiffs;

i.  using Plaintiffs' Marks, or any confusingly similar trademarks on e-commerce marketplaces, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any

other form of use of such terms which are visible to a computer user or serves to direct computer searches to websites, Internet based e-commerce stores, seller identities or domain names registered by, owned, or operated by Defendants; and

j.   effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2.   Additional Equitable Relief:

a.   In order to give practical effect to the Permanent Injunction, and upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the E-commerce Store Names, including but not limited to Amazon.com, Inc. and ContextLogic, Inc., which operates Wish.com platform, shall permanently remove from the multiple platforms, which include, *inter alia*, a Direct platform, Group platform, Seller Product Management platform, Vendor Product Management platform, and Brand Registry platform, any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks via the e-commerce stores operating under the E-commerce Store Names, including but not limited to the listings and associated images identified by the "parent" and/or "child" Amazon Standard Identification Numbers ("ASIN") on Schedule "A" hereto, and any other listings and images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks associated with any ASIN linked to the same sellers or linked to any other alias e-commerce store names being used and/or controlled by the Defendants to promote, offer for sale, and/or sell goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks; and

b.  Upon Plaintiffs' request, any Internet marketplace website operator and/or administrator, who is in possession, custody, or control of the Defendants' goods bearing and/or using one or more of Plaintiffs' Marks, including but not limited to Amazon.com, Inc. and ContextLogic, Inc., which operates the Wish.com platform, shall permanently cease fulfillment of and sequester those goods, and surrender those goods to Plaintiffs.

3.  Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c). Plaintiffs are awarded damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range of 15 U.S.C. § 1117(c).

4.  All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon Payments, Inc. ("Amazon"), ContextLogic, Inc., which operates the Wish.com website ("ContextLogic"), and their related companies and affiliates, are to be immediately **(within 5 business days)**, transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Amazon, ContextLogic, and their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds

restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

5. Interest from the date of this judgment shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6. The bond posted by Plaintiffs in the amount of $10,000.00 is hereby ordered released by the Clerk.

7. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

8. Plaintiffs are ordered to serve a copy of this Order upon Defendants by (a) providing the address to Plaintiffs' designated service notice website to Defendants via the e-mail addresses provided by each Defendant as part of the data related to its e-commerce store, including customer service e-mail addresses, onsite contact forms, and private messaging applications and/or services, or via the e-commerce platform e-mail for each of the e-commerce stores; and (b) publicly by posting a true and accurate copy of the foregoing on Plaintiffs' designated serving notice website appearing at http://servingnotice.com/R1Ar08/index.html.

9. Any pending motions not otherwise addressed are **DENIED as moot**.

10. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of May, 2023.

RODNEY SMITH
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record

5

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME, AND
## FINANCIAL ACCOUNT INFORMATION

| Def. No. | Platform | Defendant / E-commerce Store Name | Amazon Seller ID # / Merchant # | ASIN # / Infringing Product # |
|---|---|---|---|---|
| 1 | Amazon | aabbyee | A177JK8NE38JBV | B0BNBMV9S2 B0BNBJ7WB4 |
| 2 | Amazon | am ang heng wei | A3H79NFZPQKP0D | B0BHR5JBXG B0BHR2T65D |
| 3 | Amazon | Anqingkehenshangmaoyouxia ngongsi | ALG4484ZUA0HA | B0BPTFPL49 |
| 4 | Amazon | ASNXBHDG5PLOKMRG | A1L9IFG7WCKLNO | B0BB9XSTZC |
| 5 | Amazon | BVNRGJETYWRY | A1OR1XEZ7S7GRB | B0BPYVX53M |
| 6 | Amazon | CY-ECC | A28B1JMJC3P7RO | B0B5HLL7L7 B0B61R1593 |
| 7 | Amazon | DMJUC | A1AM490I9GUJ8V | B0B61T9KMR |
| 8 | Amazon | DOCGOL | A2NP4QANCN2AWI | B0B7N94V5H B0B7NBWVWM |
| 9 | Amazon | duanliboalksdjflkj | A3SZJ1NVKVHJ63 | B0BNKY916Z B0BNKXXV93 |
| 10 | Amazon | Fashion_Store01 | A1CKF2B8CLNN2X | B0BL29DX6N B0BL29W9NC |
| 11 | Amazon | Henrong | A1M8NTDPZ6JLR2 | B0BNHQJGFH |
| 12 | Amazon | huangtaodebeimeidianpu | A2I76S1L2DKTFN | B0BHR16L74 B0BHR2T65D |
| 13 | Amazon | iao yu | A16YYF9BZGEVFU | B0BJBBN3YV |
| 14 | Amazon | KHJGF | A1ZE7IX3TLJNKE | B0B7F9LMNG B0B7F85T4G |
| 15 | Amazon | Knowmi Jewelry | A1NT740Z8JWXB1 | B0B4N78CFS B0B4NH5YGX |
| 16 | Amazon | linxiaoqinglii | A1ZZ2ICQBSO0KA | B0B5HPRJCT B0B94MY4FF |
| 17 | Amazon | liuanchourongshangmaoyouxi angongsi | A1SOFTTJBZZJH0 | B0B2Q62GB5 |
| 18 | Amazon | shidaifuzhuangwangdian | A1UOGDB30J75B5 | B0BFHYVRBZ B0BFHTFHCD |

| | | | | |
|---|---|---|---|---|
| 19 | Amazon | Taiyuanshitujuekaiwangluoke jiyouxiangongsi a.k.a. Pdd （✈7-14 days delivery） | AM8ZA6GLMK3HD | B0BNL7KKK4 |
| 20 | Amazon | uqingriyongbaih | A2CFOYSRL413EZ | B0B51NJQ2B B0B51KXF77 B0B51KRXQD |
| 21 | Amazon | US-599WS | A1BUO7JWMKROUB | B0B866XZJD B0B867LVFP |
| 22 | Amazon | US-9W6 | A2OO8KWRSC19MT | B0BD8H8556 B0BD8J4KV8 |
| 23 | Amazon | US-986Boutique | A3KED1MLS9ZRTF | B0B7P55PDQ B0B7P2YV78 |
| 24 | Amazon | US-A9S5 | A312M2MDLY9E6I | B0B867Q1R7 B0B866Y5HY |
| 25 | Amazon | US-VCA-1 | A10890RC54RJ9E | B0BHNH2V87 B0BLLGZSP4 |
| 26 | Amazon | WSDFJS84 | ASCQUCLGF60BA | B09WDK3T77 B09WHXXD5H |
| 27 | Amazon | wujiantingdebeimeidianpu | A23P37FSAG58W6 | B0BJ11DHG9 |
| 28 | Amazon | WuYishanshilongjingcanguan | A117OXWI7IIREE | B0B5Z3GCZF |
| 29 | Amazon | xian feng AM | A3GV4DMW0041FO | B0BGLHCH4G B0BGLGWR1P |
| 30 | Amazon | xiendsad | A32EBTYVI7UFUX | B0B2WBWT9K B0B8JNQ1WY |
| 31 | Amazon | xinggui | A1EO9YGA00FUQW | B0B34CR2KR |
| 32 | Amazon | yanshi5569 | A2VEAU0REEV5NM | B0B2WBFVJX B0B8JNQ1WY |
| 33 | Amazon | yao hong ying | A2Q75RE2720FYK | B0BFNPBPP9 B0BFNNV3RF |
| 34 | Amazon | youth girlr | ALDDXB9U2P20Q | B09M469TRZ |
| 35 | Amazon | yuantaodianzishangwuyouxia ngongsi | A1ZC1EYQ0O3RW4 | B0B1PRQT6L B0B1NTHX1N B0B1P74YC6 |
| 36 | Amazon | zhang chuan xin | A2UIIGGM8XMLG9 | B0BFLMV6Z6 B0BFLV5B1D |
| 37 | Amazon | zhangtong123456 | A2HSBJK7B2I04D | B0BPTBFPQF |
| 38 | Wish | 87778999 | 61ef3de3383a1ac177b2b 532 | 62cd171134779f09f7d56 9a7 |

| 39 | Wish | anpenghui2134 | 61ac6b60421574bc0e777c24 | 61af925841b1ff1c8916364c |
| 40 | Wish | Asiescomosehace | 6159c40f3221c04c7100c315 | 627cdeac1676fe651fe13739 |
| 41 | Wish | BAJOS EXTREMOS | 609aae3b403f039b8ab86d9b | 62b0111f789846fdae743b2d |
| 43 | Wish | Bombassport | 619d391c49f59ebfa9270673 | 627613ea3be0de986e6708db |
| 44 | Wish | Candace J Maness | 5e940ab11a25ab6300bc113c | 619b8dfe3ae98d9b9b92e80a |
| 45 | Wish | changyufu1350 | 61d9067b170a0c422a315971 | 62a935b1ffaa0b8992d24a26 |
| 46 | Wish | chenliwei668 | 60e3bef5fd094917b3ff23b6 | 62aacf2fc40d337540ccf559 |
| 47 | Wish | Cooper Tech Store | 61a7c75c97a03e9fdaf93812 | 626f705d0176807a50159888 |
| 48 | Wish | Diamonds & Ivory | 619d773ac0d2d4813b1b505e | 61d3f8fe381de3dccbaceea9 |
| 49 | Wish | Donald E Love | 5e8c47d23c83fc720396179e | 62ca6b5c8bd92554c6c0550d |
| 50 | Wish | Edith M Frank | 5e8b02b329e786245620b276 | 629661e8e6048bded939bc19 |
| 51 | Wish | Edwin B Figueroa | 5e8ae1c402e0171d8086f7a5 | 6278b3e127aa94aef385b264 |
| 52 | Wish | El Jany | 616709c0ffc88cba4848a642 | 61f0b8a3785dedac5705c1ab |
| 53 | Wish | fanmengmeng50639 | 6083e3eb5521903780308871 | 61d134f55028b0aeeea1d2c6 |
| 54 | Wish | gaowenlong6004 | 61cd2afa104ad6bc88ffab16 | 6269f200831b6c6353f0329a |
| 55 | Wish | guziyi668 | 60f3a169c28598310826a81c | 629d93e4f8c6dac9babb26c4 |
| 56 | Wish | Haitian Technologyp | 619349dd0008ca8b316e2b29 | 627a067c65bef5dfbe5d176f |
| 57 | Wish | Henne makeup | 60e3ab311c560406341a2b06 | 61accd9dffb2e960afbafd0f |
| 58 | Wish | heqihong5176 | 60b6fe11ec667b7f490c5c6a | 616ba35331a554b1e1c6b53c |
| 59 | Wish | Howard T Moore | 5e8efcc7ff68543241a858c2 | 628ce2effce9250e6f265e10 |
| 60 | Wish | huangjiale6209 | 61caba05aa02e048161b0a8e | 62aacffd7af789e7b4ccf785 |
| 61 | Wish | huhaohong4791 | 606a9251851ae4be53025bdd | 61d001e906995423359c149e |
| 62 | Wish | hujianzhong6958 | 6147e910626f1b506e234e16 | 62b27bf14c8e4fdb459c977c |
| 63 | Wish | huyanhui2134 | 6195fc8a7b61f731ad912 | 628ccef977fac6deec1419 |

| | | | 5bd | 06 |
|---|---|---|---|---|
| 64 | Wish | Intersports Jorii | 617182993a60ad0c432b0b6a | 62748ece58f889228018d297 |
| 65 | Wish | iwhwdli8f | 5e4bd0c0c58483610a5be154 | 62b6ad48af45c319d911478c |
| 66 | Wish | jieanna5497 | 61da5e0b4a2b7a267d315824 | 62b40c1ee53f96bad14ad1a1 |
| 67 | Wish | jinxin7096 | 61a982dae383648e4a1e4687 | 62a46e4cbb380b1a6854ceb2 |
| 68 | Wish | JosephJenn | 5e94c8d846be6ae569df1ddf | 61e0e19277449e9b4cf89a77 |
| 69 | Wish | Joucool Sambatex | 61f2c51595e8a8909422f0ad | 6289d3c3cbb0afa7497649a0 |
| 70 | Wish | Kandalbros | 614811d6c61533c5b0b96ff0 | 61d1399e3beb164f53a687d7 |
| 71 | Wish | Karsmotors | 619c3519c9736f6c7810d9c5 | 62a826858eb54db707438776 |
| 72 | Wish | liujun7224 | 61dfa039b6404b716583569b | 61f0cc95eedc903104a1a824 |
| 73 | Wish | liuyujie5246 | 61de7b012fd2f09afb71760e | 628cd79d1394638829c44e46 |
| 74 | Wish | Luly21 | 60fdfe74410c05a2c1e336e5 | 61dd2d177da3f37b0a0dc917 |
| 75 | Wish | luoyongchao54278 | 6103a860fb3a8a0bc2429f16 | 624401b564bc32aa0154b789 |
| 77 | Wish | Martha D Thomas | 5e8eca25676d250c52413878 | 62a457066e3d6dc345f99272 |
| 78 | Wish | Mundo De Piedra | 61f2cbcf483aa3399115a31e | 6260fa0d36b5e95b28495dbf |
| 79 | Wish | Murphy Beauty Salon | 60dbdde7c8f927a555cef7bf | 61de883b39b7c805bcdd7f0d |
| 80 | Wish | niepin5278 | 6191f16a486f4b05bffcabd1 | 61b89ac1aae977868249c1a7 |
| 81 | Wish | Nojoseka | 5fe9e61fe94aa4b792de2a24 | 60ba00f2f4cde73ed9eab8c3 |
| 82 | Wish | OuyeyongdRz | 5e841c0ebc418d132e0e4ff8 | 61acc592c6281417b9780e62 |
| 83 | Wish | perforenseanna | 60e35234d9e1822c118f58f2 | 6211eda1d1cb105919873721 |
| 84 | Wish | Richard P Bowden | 5e8d858664a6400b4846ba4f | 62949a89e6014ebee01d880d |
| 85 | Wish | ronglin5478 | 61e7cb0fd27ea2d647679d8d | 6263b8ebaafc2ea4d1f34c1a |
| 86 | Wish | Rosa Flowers Up Shop | 614cd0eb5bf378f8d47ca036 | 62aff1518d481dea4ed5f9a4 |
| 87 | Wish | Rosalie E Cleveland | 5e8c0b9c84b2547c5eb04b24 | 626826a21d48e575a66b17ba |

9

| 88 | Wish | RY Starp | 6193311d1ee5276e52fd8724 | 626d0bce6eb0699a78ae5cb1 |
|----|------|----------|--------------------------|--------------------------|
| 89 | Wish | Ryanmaent | 6165586a24aa2c5c69237c7f | 61dce8072df3c7f1ba1a102e |
| 90 | Wish | s85cfd1f | 5f61c3f651537dbe053e9eae | 6257d448032bd8002567c2a8 |
| 91 | Wish | Servicios Tecnologicios VEMA | 616cb2693d76d6de5b7fc9d8 | 623ada2a869579d8a7741373 |
| 92 | Wish | shaozhuomin2134 | 6140285813608de1faa0ddc0 | 61b1d16c746e4c697e66367b |
| 93 | Wish | Show your momp | 6193510b0762cd358f8a6a80 | 62a469b96d468e9b6ef8f398 |
| 94 | Wish | Skaf Pet Products | 60dbec1921813c7746963ed1 | 6213405a9b7de524267908f0 |
| 95 | Wish | songchuntao | 607b99c545810261007adbbd | 62ea29e6ffc06a3153cae242 |
| 97 | Wish | suéter de algodon | 608de3508c4dd7bc67be2666 | 62c139d1606f25ffc8c2dddf |
| 98 | Wish | textile house | 613a84e3e010906ca6af88bf | 628dce963057092949a7485b |
| 99 | Wish | Virko | 60fc86e2ce53a3cd3e2ecc6c | 61d3eff1de06c62e0ecd8424 |
| 100 | Wish | wangcong2134 | 618f7474e2fea24134fcaa80 | 628cd2d8694d29bb8eff7779 |
| 101 | Wish | wangjie2134 | 618f6a712192b16ac68a7f8b | 621ef188cdcb0a122e57ea40 |
| 102 | Wish | wangxiaodan4715 | 61b031ca830e348d5553633a5 | 6203997b785a57de82d32162 |
| 103 | Wish | xiuyongan2134 | 61e39c31d8aeefabe09712e1 | 6229a8539d2e70e7f4f59159 |
| 104 | Wish | xujielai5314 | 61e27ee15efd62823f970bbd | 6215a0f1c1fae6456393efbb |
| 105 | Wish | xuyimin1134 | 610a500aa5586bf1adffcf6a | 6299b071908e623220bfd3de |
| 106 | Wish | yudongting6137 | 6112348ac69f3e19c4e846f3 | 6184d647e2c9ef7158d41c66 |
| 107 | Wish | zhangxingrui1134 | 610cacd55d20d95f840f897a | 624fd91c738424ed387f01a3 |
| 108 | Wish | zhangxingyu058954 | 619f2ed026a74d0893070406 | 62973c8afd8acc7e33ea4bc3 |
| 109 | Wish | zhangyuezhong056874 | 61a04d7b91a38ec0a1392265 | 6260e50143d93e105fa3941e |
| 110 | Wish | zhanyihao5481 | 61e7c66a036346cc4a55501a | 62639964eed7268ca62dc808 |
| 111 | Wish | zhaoyong1441 | 611f2b9d3a4075e9a0bb1559 | 6246b8f7604a8ddac1e8e8e2 |

Composite Exhibit 1

Int. Cl.: 14

Prior U.S. Cl.: 27

Reg. No. 1,205,403

## United States Patent and Trademark Office

Registered Aug. 17, 1982

## TRADEMARK
### Principal Register

## IWC

IWC International Watch Co. AG (Switzerland corporation)
Baumgartenstrasse 15
Schaffhausen, Switzerland

For: WATCHES, in CLASS 14 (U.S. Cl. 27).
First use 1874; in commerce 1917.

Ser. No. 310,312, filed May 14, 1981.

DAVID C. REIHNER, Primary Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Sep 29 03:21:49 EDT 2016*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | IWC |
| **Goods and Services** | IC 014. US 027. G & S: Watches. FIRST USE: 18740000. FIRST USE IN COMMERCE: 19170000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73310312 |
| **Filing Date** | May 14, 1981 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 25, 1982 |
| **Registration Number** | **1205403** |
| **Registration Date** | August 17, 1982 |
| **Owner** | (REGISTRANT) IWC International Watch Co. AG CORPORATION SWITZERLAND Baumgartenstrasse 15 Schaffhausen SWITZERLAND<br><br>(LAST LISTED OWNER) Richemont International SA CORPORATION SWITZERLAND Route des Biches 10 Villars-sur-Glane SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120330. |
| **Renewal** | 2ND RENEWAL 20120330 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | *eBUSINESS* | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 73310312   **Filing Dt:** 05/14/1981   **Reg #:** 1205403   **Reg. Dt:** 08/17/1982

**Registrant:** IWC International Watch Co. AG

**Mark:** IWC

## Assignment: 1

**Reel/Frame:** 5669/0633   **Recorded:** 11/17/2015   **Pages:** 6

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNOR AND ASSIGNEE ENTITY TYPE PREVIOUSLY RECORDED AT REEL: 002634 FRAME: 0250. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

**Assignor:** IWC INTERNATIONAL WATCH CO. AG

**Exec Dt:** 04/01/2002
**Entity Type:** COMPANY
**Citizenship:** SWITZERLAND

**Assignee:** RICHEMONT INTERNATIONAL SA

ROUTE DES BICHES 10

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Exec Dt:** 04/01/2002
**Entity Type:** SOCIÉTÉ ANONYME
**Citizenship:** SWITZERLAND

**Correspondent:** DYAN FINGUERRA-DUCHARME

PRYOR CASHMAN LLP, 7 TIMES SQ.

NEW YORK, NY 10036

## Assignment: 2

**Reel/Frame:** 2634/0250   **Recorded:** 12/12/2002   **Pages:** 21

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** IWC INTERNATIONAL WATCH CO. AG

**Exec Dt:** 09/30/2002
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Assignee:** RICHEMONT INTERNATIONAL SA

10, ROUTE DES BICHES

VILLARS-SUR-GLANE, SWITZERLAND

**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Correspondent:** DENNISON, SCHULTZ & DOUGHERTY

DONALD L. DENNISON

612 CRYSTAL SQUARE 4

1745 JEFFERSON DAVIS HWY.

ARLINGTON, VA 22202-3417

Search Results as of: 09/29/2016 04:22 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America

## United States Patent and Trademark Office

# IWC

# SCHAFFHAUSEN

**Reg. No. 4,270,382**

**Registered Jan. 8, 2013**

**Int. Cls.: 14 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES 10
CH-1752 VILLARS-SUR-GLÂNE - FRIBOURG, SWITZERLAND

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACELETS, EARRINGS, NECKLACES, BROOCHES, KEY RINGS MADE OF PRECIOUS METALS, WATCHES, CHRONOMETERS, CLOCKS; STRAPS FOR WRISTWATCHES, BOXES OF PRECIOUS METAL FOR WATCHES AND JEWELRY, ALARM CLOCKS; ALL THE AFOREMENTIONED GOODS FROM SWITZERLAND, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; DISSEMINATION OF ADVERTISING MATTER; PROCUREMENT, NAMELY, PURCHASING WATCHES AND CHRONOMETERS AND COMPONENTS THEREOF FOR OTHERS; PROVIDING ONLINE AND RETAIL STORE SERVICES IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; COMMERCIAL INFORMATION AND ADVICE FOR CONSUMERS; DEMONSTRATION OF GOODS; DIRECT MAIL ADVERTISING SERVICES; AUCTIONEERING; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; SALES PROMOTION FOR OTHERS; PUBLICATION OF PUBLICITY TEXTS; ON-LINE ADVERTISING ON A COMPUTER NETWORK; PUBLIC RELATIONS; NEWS CLIPPING SERVICES; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM A STORE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS BY E-MAIL AND TELECOMMUNICATIONS IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM AN INTERNET SITE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

OWNER OF U.S. REG. NOS. 576,647, 2,516,587 AND OTHERS.

PRIORITY DATE OF 1-4-2012 IS CLAIMED.



Director of the United States Patent and Trademark Office

**Reg. No. 4,270,382**  OWNER OF INTERNATIONAL REGISTRATION 1114481 DATED 3-21-2012, EXPIRES 3-21-2022.

THE 2(F) CLAIM IS RESTRICTED TO CLASS(ES) 014

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHAFFHAUSEN" IN CLASS 35, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 79-112,328, FILED 3-21-2012.

TAMARA FRAZIER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# IWC

**Reg. No. 4,322,600**

**Registered Apr. 23, 2013**

**Int. Cls.: 3, 8, 9, 12, 14, 16, 18, 25, 28, 34 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES 10
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: SOAP; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: FLATWARE; KNIVES, FORKS, AND SPOONS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SPECTACLES, SUNGLASSES, SPECTACLE CASES; MEASURING INSTRUMENTS, NAMELY, BAROMETERS, HYGROMETERS, AND THERMOMETERS; DIVERS' MASKS; APPARATUS FOR GAMES ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BICYCLES , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, CHRONOMETERS, CLOCKS, WATCH BANDS, BOXES OF PRECIOUS METAL FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BOOKS AND MAGAZINES IN THE FIELD OF WATCHES AND LUXURY GOODS; AGENDAS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BAGS, NAMELY, TRAVEL BAGS, BRIEFCASES, AND HANDBAGS; TRAVELING SETS COMPRISED OF SUITCASES AND TRAVEL BAGS; WALLETS; CARD CASES FOR BUSINESS CARDS AND CREDIT CARDS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, SHIRTS, TOPS, SCARVES, NECKTIES, AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, NAMELY, BOARD GAMES, MANIPULATIVE GAMES, MACHINES FOR GAMES OF CHANCE; GYMNASTIC APPARATUS; SPORTING ARTICLES, NAMELY, EQUESTRIAN POLO MALLETS AND BALLS, AND GOLF CLUBS, GOLF BALLS, AND GOLF ACCESSORIES, NAMELY, GOLF ACCESSORY POUCHES, GOLF BAG COVERS, GOLF BAG PEGS, GOLF BAG TAGS, GOLF BAGS WITH AND WITHOUT WHEELS, GOLF BALL MARKERS, GOLF BALL RETRIEVERS, GOLF BALL SLEEVES, GOLF CLUB BAGS, GOLF CLUB COVERS, GOLF CLUB GRIPS, GOLF CLUB HEADS, GOLF CLUB HOLDERS

*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,322,600**  FOR USE ON A DRIVING RANGE OR GOLF COURSE, GOLF CLUB INSERTS, GOLF CLUB SHAFTS, GOLF FLAGS, GOLF GLOVES, GOLF IRONS, GOLF PUTTER COVERS, GOLF PUTTERS, GOLF TEES, GOLF TOWEL CLIPS FOR ATTACHMENT TO GOLF BAGS; SCALE-MODEL VEHICLES, SWIM FINS, REMOTE CONTROL TOY VEHICLES; TOYS, NAMELY, PLUSH TOYS, MECHANICAL TOYS, DOLLS, AND TOY BUILDING BLOCKS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TOBACCO, CIGARETTES, CIGARILLOS, CIGARS; LIGHTERS FOR SMOKERS; SMOKERS' ARTICLES, NAMELY, CIGARETTE HOLDERS, CASES AND LIGHTERS ALL NOT MADE OF PRECIOUS METAL, ASHTRAYS, AND PIPES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRA-TION; DISSEMINATION OF ADVERTISING MATTER; PROCUREMENT, NAMELY, PUR-CHASING WATCHES AND CHRONOMETERS AND COMPONENTS THEREOF FOR OTHERS; PROVIDING ONLINE AND RETAIL STORE SERVICES IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; COMMERCIAL INFORMATION AND ADVICE FOR CONSUMERS; DEMONSTRATION OF GOODS; DIRECT MAIL ADVERTISING SER-VICES; AUCTIONEERING; ORGANIZATION OF EXHIBITIONS FOR COMMERCIAL OR ADVERTISING PURPOSES; ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; SALES PROMOTION FOR OTHERS; PUBLICATION OF PUB-LICITY TEXTS; ON-LINE ADVERTISING ON A COMPUTER NETWORK; PUBLIC RELA-TIONS; NEWS CLIPPING SERVICES; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM A STORE IN THE FIELD OF WATCHES, CHRO-NOMETERS, AND LUXURY GOODS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS BY E-MAIL AND TELECOMMUNICATIONS IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS; THE BRINGING TO-GETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS ENABLING CUS-TOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM AN INTER-NET SITE IN THE FIELD OF WATCHES, CHRONOMETERS, AND LUXURY GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1113025 DATED 11-11-2011, EXPIRES 11-11-2021.

OWNER OF U.S. REG. NOS. 1,205,403, 4,021,187 AND OTHERS.

SER. NO. 79-111,745, FILED 11-11-2011.

KIM SAITO, EXAMINING ATTORNEY

Composite Exhibit 2

Int. Cl.: 14

Prior U.S. Cl.: 27

## United States Patent and Trademark Office

Reg. No. 1,339,139
Registered June 4, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## JAEGER-LECOULTRE

MANUFACTURE JAEGER-LECOULTRE S.A. (SWITZERLAND CORPORATION)
LE SENTIER, SWITZERLAND

FOR: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 12-0-1935; IN COMMERCE 12-0-1968.

SER. NO. 371,999, FILED 6-28-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Sep 18 04:51:06 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | JAEGER-LECOULTRE |
| **Goods and Services** | IC 014. US 027. G & S: Watches and Clocks Except Dashboard Clocks for Land Vehicles, Boats and Planes. FIRST USE: 19351200. FIRST USE IN COMMERCE: 19681200 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73371999 |
| **Filing Date** | June 28, 1982 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 26, 1985 |
| **Registration Number** | **1339139** |
| **Registration Date** | June 4, 1985 |
| **Owner** | (REGISTRANT) Manufacture Jaeger-LeCoultre S.A. CORPORATION SWITZERLAND Le Sentier SWITZERLAND |
| | (LAST LISTED OWNER) RICHEMONT INTERNATIONAL SA CORPORATION SWITZERLAND 10, ROUTE DES BICHES VILLES SUR GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Dyan Finguerra-DuCharme |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150428. |
| **Renewal** | 2ND RENEWAL 20150428 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 73371999    **Filing Dt:** 06/28/1982    **Reg #:** 1339139    **Reg. Dt:** 06/04/1985

**Registrant:** Manufacture Jaeger-LeCoultre S.A.

**Mark:** JAEGER-LECOULTRE

## Assignment: 1

**Reel/Frame:** 2649/0678    **Recorded:** 01/10/2003    **Pages:** 31

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** MANUFACTURE JAEGER-LE COULTRE SA    **Exec Dt:** 09/30/2002

   **Entity Type:** CORPORATION

   **Citizenship:** SWITZERLAND

**Assignee:** RICHEMONT INTERNATIONAL SA    **Entity Type:** CORPORATION

10, ROUTE DES BICHES    **Citizenship:** SWITZERLAND

VILLARS SUR GLANE, SWITZERLAND

**Correspondent:** SUGHRUE MION PLLC

2100 PENNSYLVANIA AVENUE, N.W.

SUITE 800

WASHINGTON, D.C. 20037-3213

## Assignment: 2

**Reel/Frame:** 5501/0666    **Recorded:** 04/21/2015    **Pages:** 33

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE RECEIVING PARTY'S ENTITY PREVIOUSLY RECORDED AT REEL: 002649 FRAME: 0678. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

**Assignor:** MANUFACTURE JAEGER-LE COULTRE SA    **Exec Dt:** 09/30/2002

   **Entity Type:** CORPORATION

   **Citizenship:** SWITZERLAND

**Assignee:** RICHEMONT INTERNATIONAL SA    **Entity Type:** SOCIETE ANONYME

ROUTE DES BICHES 10    **Citizenship:** SWITZERLAND

VILLARS-SUR-GLANE, SWITZERLAND 1752

**Correspondent:** DYAN FINGUERRA-DUCHARME

7 TIMES SQUARE

PRYOR CASHMAN LLP

NEW YORK, NY 10036

Search Results as of: 09/18/2018 04:26 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6

Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,402,084
Registered July 22, 1986

## TRADEMARK
### PRINCIPAL REGISTER

JAEGER-LECOULTRE

MANUFACTURE JAEGER-LE COULTRE S.A. (SWITZERLAND CORPORATION)
LE SENTIER, SWITZERLAND

FOR: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.
OWNER OF U.S. REG. NOS. 1,181,053 AND 1,339,139.

SER. NO. 568,526, FILED 11-14-1985.

ROBERT PEVERADA, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,402,084
Registered July 22, 1986

## TRADEMARK
### PRINCIPAL REGISTER

JAEGER-LECOULTRE

MANUFACTURE JAEGER-LE COULTRE S.A.
(SWITZERLAND CORPORATION)
LE SENTIER, SWITZERLAND

FOR: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

OWNER OF U.S. REG. NOS. 1,181,053 AND 1,339,139.

SER. NO. 568,526, FILED 11-14-1985.

ROBERT PEVERADA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Sep 18 04:51:06 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | JAEGER-LE COULTRE |
| **Goods and Services** | IC 014. US 027. G & S: WATCHES AND CLOCKS EXCEPT DASHBOARD CLOCKS FOR LAND VEHICLES, BOATS AND PLANES. FIRST USE: 19690000. FIRST USE IN COMMERCE: 19690000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73568526 |
| **Filing Date** | November 14, 1985 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 29, 1986 |
| **Registration Number** | 1402084 |
| **Registration Date** | July 22, 1986 |
| **Owner** | (REGISTRANT) MANUFACTURE JAEGER-LE COULTRE S.A. CORPORATION SWITZERLAND LE SENTIER SWITZERLAND |
| | (LAST LISTED OWNER) RICHEMONT INTERNATIONAL SA SOCIÉTÉ ANONYME (SA) SWITZERLAND 10, ROUTE DES BICHES 1752 Villars-sur-Glâne SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Dyan Finguerra-DuCharme |
| **Prior Registrations** | 1181053;1339139 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160519. |

**Renewal**     2ND RENEWAL 20160519

**Live/Dead Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 73568526     **Filing Dt:** 11/14/1985     **Reg #:** 1402084     **Reg. Dt:** 07/22/1986

**Registrant:** MANUFACTURE JAEGER-LE COULTRE S.A.

**Mark:** JAEGER-LE COULTRE

## Assignment: 1

**Reel/Frame:** 2649/0678     **Recorded:** 01/10/2003     **Pages:** 31

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** MANUFACTURE JAEGER-LE COULTRE SA     **Exec Dt:** 09/30/2002

**Entity Type:** CORPORATION

**Citizenship:** SWITZERLAND

**Assignee:** RICHEMONT INTERNATIONAL SA     **Entity Type:** CORPORATION

10, ROUTE DES BICHES     **Citizenship:** SWITZERLAND

VILLARS SUR GLANE, SWITZERLAND

**Correspondent:** SUGHRUE MION PLLC

2100 PENNSYLVANIA AVENUE, N.W.

SUITE 800

WASHINGTON, D.C. 20037-3213

## Assignment: 2

**Reel/Frame:** 5501/0666     **Recorded:** 04/21/2015     **Pages:** 33

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE RECEIVING PARTY'S ENTITY PREVIOUSLY RECORDED AT REEL: 002649 FRAME: 0678. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT.

**Assignor:** MANUFACTURE JAEGER-LE COULTRE SA     **Exec Dt:** 09/30/2002

**Entity Type:** CORPORATION

**Citizenship:** SWITZERLAND

**Assignee:** RICHEMONT INTERNATIONAL SA     **Entity Type:** SOCIETE ANONYME

ROUTE DES BICHES 10     **Citizenship:** SWITZERLAND

VILLARS-SUR-GLANE, SWITZERLAND 1752

**Correspondent:** DYAN FINGUERRA-DUCHARME

7 TIMES SQUARE

PRYOR CASHMAN LLP

NEW YORK, NY 10036

Search Results as of: 09/18/2018 04:31 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Composite Exhibit 3

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,345,742**

**Registered Apr. 25, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## ROGER DUBUIS

ROGER DUBUIS NORTH AMERICA, INC.
(PENNSYLVANIA CORPORATION)
100 NORTH WILKES-BARRE BOULEVARD
SUITE 309
WILKES-BARRE, PA 18702

FOR: WATCHES, WATCH BANDS AND WATCH COMPONENTS, NAMELY, SPRING-BARS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6–16–1999; IN COMMERCE 6–16–1999.
THE NAME IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75–763,799, FILED 7–29–1999.

TAMI COHEN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 22 03:32:22 EST 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [_____]   OR   Jump   to record: [_____]   **Record 2 out of 2**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ROGER DUBUIS

| | |
|---|---|
| **Word Mark** | **ROGER DUBUIS** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Watches, watch bands [ and watch components, namely, springbars ]. FIRST USE: 19990616. FIRST USE IN COMMERCE: 19990616 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75763799 |
| **Filing Date** | July 29, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 1, 2000 |
| **Registration Number** | 2345742 |
| **Registration Date** | April 25, 2000 |
| **Owner** | (REGISTRANT) Roger Dubuis North America, Inc. CORPORATION PENNSYLVANIA 100 North Wilkes-Barre Boulevard Wilkes-Barre PENNSYLVANIA 18702 |
| | (LAST LISTED OWNER) RICHEMONT INTERNATIONAL SA SOCIÉTÉ ANONYME (SA) SWITZERLAND ROUTE DES BICHES, 10 VILLARS-SUR-GLÂNE SWITZERLAND CH-1752 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Dyan Finguerra-DuCharme |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20200821. |

| | |
|---|---|
| **Renewal** | 2ND RENEWAL 20200821 |
| **Other Data** | The name in the mark identifies a living individual whose consent is of record. |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 

### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | | |
|---|---|---|---|
| **Serial #:** 75763799 | **Filing Dt:** 07/29/1999 | **Reg #:** 2345742 | **Reg. Dt:** 04/25/2000 |

**Registrant:** Roger Dubuis North America, Inc.

**Mark:** ROGER DUBUIS

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 2711/0803 | **Recorded:** 09/08/2003 | **Pages:** 2 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** ROGER DUBUIS NORTH AMERICA, INC.
    **Exec Dt:** 08/23/2003
    **Entity Type:** CORPORATION
    **Citizenship:** PENNSYLVANIA

**Assignee:** HELVETIA TIME CORPORATION
1013 CENTRE ROAD
WILMINGTON, DELAWARE 19805
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Correspondent:** BAZERMAN & DRANGEL, P.C.
60 EAST 42ND STREET
SUITE 820
NEW YORK, NY 10165

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 3241/0436 | **Recorded:** 02/06/2006 | **Pages:** 3 |

**Conveyance:** CHANGE OF NAME

**Assignor:** HELVETIA TIME CORPORATION
    **Exec Dt:** 02/27/2004
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** ROGER DUBUIS, NORTH AMERICA, INC.
100 NORTH WILKES-BARRE BOULEVARD
SUITE 303
WILKES-BARRE, PENNSYLVANIA 18702
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

**Correspondent:** EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 EAST 42ND STREET, SUITE 820
NEW YORK, NY 10165

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 3698/0362 | **Recorded:** 01/17/2008 | **Pages:** 4 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** ROGER DUBUIS NORTH AMERICA, INC.
**Formerly:** FORMERLY HELVETIA TIME CORPORATION
    **Exec Dt:** 01/15/2008
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** MANUFACTURE ROGER DUBUIS, S.A.
2, RUE ANDRE-DE-GARRINI
MEYRIN, SWITZERLAND
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND

**Correspondent:** JOHN P. BLASKO
P.O. BOX 5231
PRINCETON, NJ 08543

**Domestic rep:** FOX ROTHSCHILD LLP
P.O. BOX 5231
PRINCETON, NJ 08543

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 5814/0605 | **Recorded:** 06/15/2016 | **Pages:** 3 |

**Conveyance:** MERGER EFFECTIVE 03/01/2016

**Assignor:** MANUFACTURE ROGER DUBUIS SA

**Exec Dt:** 06/14/2016
**Entity Type:** SOCIÉTÉ ANONYME (SA)
**Citizenship:** NONE

**Assignee:** RICHEMONT INTERNATIONAL SA
ROUTE DES BICHES, 10
VILLARS-SUR-GLÂNE, SWITZERLAND

**Entity Type:** SOCIÉTÉ ANONYME (SA)
**Citizenship:** SWITZERLAND

**Correspondent:** ROBERTS MLOTKOWSKI SAFRAN & COLE, PC
7918 JONES BRANCH DR
SUITE 500
MCLEAN, VA 22102

Search Results as of: 12/22/2020 06:07 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America

## United States Patent and Trademark Office

# EXCALIBUR

**Reg. No. 5,201,114**

**Registered May 09, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

RICHEMONT INTERNATIONAL SA (SWITZERLAND SOCIÉTÉ ANONYME (SA))
ROUTE DES BICHES, 10
VILLARS-SUR-GLÂNE SWITZERLAND

CLASS 14: Watches; timepieces; horological instruments; movements for timepieces, namely, watches; watch straps; watch cases

FIRST USE 7-00-2005; IN COMMERCE 7-00-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-910,268, FILED 02-17-2016
MICHELE LYNN SWAIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 22 03:32:22 EST 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# EXCALIBUR

| | |
|---|---|
| **Word Mark** | EXCALIBUR |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Watches; timepieces; horological instruments; movements for timepieces, namely, watches; watch straps; watch cases. FIRST USE: 20050700. FIRST USE IN COMMERCE: 20050700 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86910268 |
| **Filing Date** | February 17, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 12, 2016 |
| **Registration Number** | 5201114 |
| **Registration Date** | May 9, 2017 |
| **Owner** | (REGISTRANT) RICHEMONT INTERNATIONAL SA SOCIÉTÉ ANONYME (SA) SWITZERLAND ROUTE DES BICHES, 10 VILLARS-SUR-GLÂNE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Dyan Finguerra-DuCharme |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS HOME**   **NEW USER**   **STRUCTURED**   **FREE FORM**   **BROWSE DICT**   **SEARCH OG**   **TOP**   **HELP**

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 86910268    **Filing Dt:** 02/17/2016    **Reg #:** 5201114    **Reg. Dt:** 05/09/2017

**Registrant:** RICHEMONT INTERNATIONAL SA

**Mark:** EXCALIBUR

**Assignment: 1**

**Reel/Frame:** 5814/0605    **Recorded:** 06/15/2016    **Pages:** 3

**Conveyance:** MERGER EFFECTIVE 03/01/2016

**Assignor:** MANUFACTURE ROGER DUBUIS SA    **Exec Dt:** 06/14/2016

**Entity Type:** SOCIÉTÉ ANONYME (SA)

**Citizenship:** NONE

**Assignee:** RICHEMONT INTERNATIONAL SA

ROUTE DES BICHES, 10

VILLARS-SUR-GLÂNE, SWITZERLAND

**Entity Type:** SOCIÉTÉ ANONYME (SA)

**Citizenship:** SWITZERLAND

**Correspondent:** ROBERTS MLOTKOWSKI SAFRAN & COLE, PC

7918 JONES BRANCH DR

SUITE 500

MCLEAN, VA 22102

Search Results as of: 12/22/2020 06:38 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |

Composite Exhibit 4

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,114,414

Registered July 11, 2006

## TRADEMARK
## PRINCIPAL REGISTER



RICHEMONT INTERNATIONAL SA (SWITZER-
LAND SOCIETE ANONYME)
ROUTE DES BICHES 10
CH-1752 VILLARS-SUR-GLÂNE, SWITZERLAND

FOR: CUFF LINKS, TIE PINS, RINGS, BRACE-
LETS, EARRINGS, NECKLACES, BROOCHES;
WATCHES, CHRONOMETERS, CLOCKS, WATCH-
STRAPS, CASES OF PRECIOUS METAL FOR
WATCHES AND JEWELLERY, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

OWNER OF INTERNATIONAL REGISTRATION
0834944 DATED 10-6-2004, EXPIRES 10-6-2014.

SER. NO. 79-005,937, FILED 10-6-2004.

SANJEEV VOHRA, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## VACHERON CONSTANTIN

**Reg. No. 5,630,166**

**Registered Dec. 18, 2018**

**Int. Cl.: 14, 35**

**Service Mark**

**Trademark**

**Principal Register**

Richemont International SA  (SWITZERLAND SOCIÉTÉ ANONYME (SA))
Route Des Biches 10
Ch-1752 Villars-sur-glâne
SWITZERLAND

CLASS 14: Jewelry; Cuff links; Tie clips; Jewelry in the nature of rings, bracelets, earrings, necklaces and brooches; Timepieces in the nature of clocks; Dials for clock and watch making; Key rings of precious metal; Timepieces and chronometric instruments; Watches; Chronometers; Cases adapted for holding watches; Movements for timepieces in the nature of clocks and watches; Alarm clocks; Watch bands; Boxes of precious metal

CLASS 35: Presentation of timepieces, watches, clocks, jewelry, works of art, precious stones, precious metals on all communication media for retail purposes; On-line retail store services featuring timepieces, watches, clocks, jewelry, precious stones; Promotional representation services for sales to the public sector, namely, providing commercial advice for the purchase and sale of timepieces, watches, clocks, jewelry, precious stones

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-24-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1406501 DATED 03-27-2018, EXPIRES 03-27-2028

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 79-234,049, FILED 03-27-2018

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058, 1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a  Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Composite Exhibit 5

**Registered Jan. 9, 1945**  **Trade-Mark 411,239**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,851

# CARTIER

## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city, 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for PRECIOUS-METAL WARE—NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME: VIZ., COMBS AND COMB CASES, JEWEL BOXES AND CASES, HAT ORNAMENTS, TIE CLIPS, FOBS, CHARMS, BRACELETS, WATCH BRACELETS AND BUCKLES THEREFOR, NOT INCLUDING WATCHES, CUFF LINKS, COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, BROOCHES, HAIR ORNAMENTS, EARRINGS, HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS, EYEGLASS CASES, CIGAR AND CIGARETTE CASES AND BOXES AND SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, CIGAR AND CIGARETTE LIGHTERS, HUMIDORS AND ASH TRAYS, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES, COCKTAIL MIXERS, DESK SETS, HANDBAGS, FLATWARE AND HOLLOW-WARE, TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFEE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, KEY CHAINS, FINGER RINGS, THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, AND FOR AQUATIC SHELLS AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS—in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trademark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to either or both the goods and to the packages containing the same by engraving or die stamping the mark directly upon the goods or by applying to the goods a label on which the mark is shown.

Applicant is the owner of registration No. 144,363, of July 5, 1921, and renewed to July 5, 1961.

CARTIER, INC.,
By R. J. POUECH,
*Vice-President.*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 13 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| **Word Mark** | CARTIER |
|---|---|
| **Goods and Services** | IC 008 014. US 028. G & S: PRECIOUS-METAL WARE-NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME; [ VIZ ;, COMBS AND COMB CASES, ] JEWEL BOXES [ AND CASES, HAT ORNAMENTS, TIE CLIPS, ] FOBS, [ CHARMS, ] BRACELETS, WATCH BRACELETS AND BUCKLES THEREFORE, NOT INCLUDING WATCHES, CUFF LINKS, [ COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, ] BROOCHES, [ HAIR ORNAMENTS, ] EARRINGS, [ HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS ] EYEGLASS CASES, [ CIGAR AND CIGARETTE CASES AND BOXES AND SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, CIGAR AND ] CIGARETTE LIGHTERS, [ HUMIDORS AND ] ASH TRAYS [, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES, AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ] ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES,[ COCKTAIL MIXERS ], DESK SETS, HANDBAGS [, FLATWARE AND HOLLOWWEAR TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, ] KEY CHAINS, FINGER RINGS, [ THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, AND FOR AQUATIC SH AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS ]. FIRST USE: 18591231. FIRST USE IN COMMERCE: 18591231 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71471851 |
| **Filing Date** | July 1, 1944 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0411239 |
| **Registration Date** | January 9, 1945 |
| **Owner** | (REGISTRANT) CARTIER, INC. CORPORATION NEW YORK 653 FIFTH AVE. NEW YORK NEW YORK 10022 |

(LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0144363 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECTION 8(10-YR) 20150114. |
| **Renewal** | 4TH RENEWAL 20150114 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 71471851 | **Filing Dt:** 07/01/1944 | **Reg #:** 411239 | **Reg. Dt:** 01/09/1945 |
| **Registrant:** CARTIER, INC. | | | |
| **Mark:** CARTIER | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0294/0453 | **Recorded:** 09/15/1976 | **Pages:** 5 |

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-
         **Exec Dt:** 08/04/1976
         **Entity Type:** CORPORATION
         **Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-
         **Exec Dt:** 00/00/0000
         **Entity Type:** CORPORATION
         **Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED
         **Entity Type:** UNKNOWN
         **Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.

CARTIER, INCORPORATED

653 FIFTH AVENUE

NEW YORK, NY 10022

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0110 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED
         **Exec Dt:** 04/24/1991
         **Entity Type:** CORPORATION
         **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.
         **Entity Type:** CORPORATION
         **Citizenship:** DELAWARE

2 EAST 52ND STREET

NEW YORK, NEW YORK

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0117 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.
         **Exec Dt:** 04/25/1991
         **Entity Type:** CORPORATION

|  |  |
|---|---|
|  | **Citizenship:** DELAWARE |
| **Assignee:** CARTIER INTERNATIONAL, B.V. | **Entity Type:** CORPORATION |
| HERENGRACHT 436 | **Citizenship:** NETHERLANDS |
| AMSTERDAM-C, NETHERLANDS |  |
| **Correspondent:** KATHRYN JENNISON SHULTZ |  |
| ELLSWORTH M. JENNISON |  |
| CRYSTAL PLAZA #1-SUITE 704 |  |
| 2001 JEFFERSON DAVIS HIGHWAY |  |
| ARLINGTON, VA 22202 |  |

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 3400/0443 | **Recorded:** 09/11/2006 | **Pages:** 23 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CARTIER INTERNATIONAL B.V. | **Exec Dt:** 10/31/2005 | |
| | **Entity Type:** COMPANY-EQUIVALENT + US CORP. | |
| | **Citizenship:** NONE | |
| **Assignee:** CARTIER INTERNATIONAL N.V. | **Entity Type:** COMPANY - US EQUIR. CORPORATION | |
| SCHARLOOWEG 33 | **Citizenship:** NONE | |
| CURACAO, NETHERLANDS ANTILLES | | |
| **Correspondent:** HELEN M. O'SHAUGHNESSY | | |
| 2 EAST 52 STREET | | |
| NEW YORK N.Y 10022 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 4252/0184 | **Recorded:** 08/02/2010 | **Pages:** 12 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** CARTIER INTERNATIONAL N.V. | **Exec Dt:** 12/14/2009 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NETHERLANDS ANTILLES | |
| **Assignee:** CARTIER INTERNATIONAL A.G. | **Entity Type:** CORPORATION | |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND | |
| 6312 STEINHAUSEN, SWITZERLAND | | |
| **Correspondent:** MILTON SPRINGUT | | |
| 488 MADISON AVENUE | | |
| 19 FL | | |
| NEW YORK, NY 10022 | | |

Search Results as of: 03/13/2018 02:25 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**

Registered Jan. 9, 1945                    Trade-Mark 411,240

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,352

## *Cartier*

### STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for ARTICLES OF JEWELRY FOR PERSONAL WEAR AND FOR PRECIOUS-METAL WARE — NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME: VIZ., COMBS AND COMB CASES, JEWEL BOXES AND CASES, HAT ORNAMENTS, TIE CLIPS, FOBS, CHARMS, BRACELETS, WATCH BRACELETS AND BUCKLES THEREFOR, NOT INCLUDING WATCHES, CUFF LINKS, COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, BROOCHES, HAIR ORNAMENTS, EARRINGS, HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS, EYEGLASS CASES, CIGAR AND CIGARETTE CASES AND BOXES AND CIGAR AND CIGARETTE LIGHTERS, SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, HUMIDORS, AND ASH TRAYS, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES, COCKTAIL MIXERS, DESK SETS, HANDBAGS, FLATWARE AND HOLLOWWARE, TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFEE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, KEY CHAINS, FINGER RINGS, THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, CANDELABRAS, JEWELRY CASES, BONBON CONTAINERS, CROSSES, ROSARIES AND BUCKLES, AND FOR AQUATIC SHELLS AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS—in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trademark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to either or both the goods and to the packages containing the same by engraving or die stamping the mark directly upon the goods or by applying to the goods a label on which the mark is shown.

Applicant is the owner of registration No. 144,363, of July 5, 1921, and renewed to July 5, 1961.

CARTIER, INC.,
By RENÉ J. POUECH,
*Vice-President.*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Apr 10 03:21:06 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | CARTIER |
|---|---|
| **Goods and Services** | IC 008 014. US 028. G & S: Articles of Jewelry for Personal Wear and for Precious-Metal Ware-Namely, the Following Articles Made, in Whole or in Part, of Precious Metals or Plated with the Same-- viz;, [ Combs and [ Comb Cases ], Jewel Boxes [ and Cases ], [Hat Ornaments; TiE e Clips ], Fobs, [ Charms ], Bracelets, Watch Bracelets and Buckles Therefor, Not Including Watches, Cuff Links, [ Collar Buttons ] [ , Shirt Studs, ] [ Waist Coat Buttons, Lockets ], Brooches, [ Hair Ornaments ], Earrings, [ Hat Pins, Jewelry Clips, Jewelry Novelties, Holders for Cosmetics ], Eyeglass Cases, [ Cigar and ] [ Cigarette Cases ] [ and Boxes and Cigar and ] Cigarette Lighters, [ Snuff Boxes ] [, Cigarette and Cigar Holders, ] [Pi pes, ] [ Humidors, and ] Ash Trays, [ Jewelry Initials, Commemorative and Military a nd Naval Decoration Medals and Insignia, Picture and ] [ Mirror Frames, ] [ Fittings for Traveling Bags, Handles and Ornaments for Canes and Umbrellas, Bottle Openers, Pocket Knives ], Envelope Openers, Wallets, Money Clips, Perfume Bottles, [ Cocktail Mixers ], Desk Sets, Handbags, [ Flatware and Hollowware, ] [ Trays, Pitchers, Bowls ], [ Vases, Tea and Coffee Services, ] [ Match Boxes ] [ , Pocket Flasks, Toilet Articles, ] [ Razor Sets, ] Key Chains, Finger Rings, [ Thimbles, Check Book Covers, Book Ma rks ] [ , Compasses, ] [ Mesh Bags ] [, CandlestiCKcks, ] [ Candelabras, Jewelry Cases, Bonbon Containers, Crosses, Rosaries and Buckles, and for Aquatic Shells and Parts Thereof Encrusted or Otherwise Ornamented with Either or Both Precious Metals and Jewels]. FIRST USE: 18590000. FIRST USE IN COMMERCE: 18590000. |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71471852 |
| **Filing Date** | July 1, 1944 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **0411240** |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Registration Date** | January 9, 1945 |
| **Owner** | (REGISTRANT) CARTIER, INC. CORPORATION NEW YORK 653 FIFTH AVENUE NEW YORK NEW YORK 10022 |
| | (LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0144363 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECTION 8(10-YR) 20150126. |
| **Renewal** | 4TH RENEWAL 20150126 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 71471852 | **Filing Dt:** 07/01/1944 | **Reg #:** 411240 | **Reg. Dt:** 01/09/1945 |

**Registrant:** CARTIER, INC.

**Mark:** CARTIER

## Assignment: 1

**Reel/Frame:** 0294/0453          **Recorded:** 09/15/1976          **Pages:** 5

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-

**Exec Dt:** 08/04/1976
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-

**Exec Dt:** 00/00/0000
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED

**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.

CARTIER, INCORPORATED

653 FIFTH AVENUE

NEW YORK, NY 10022

## Assignment: 2

**Reel/Frame:** 0827/0110          **Recorded:** 10/02/1991          **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED

**Exec Dt:** 04/24/1991
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.

2 EAST 52ND STREET
NEW YORK, NEW YORK

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 3

**Reel/Frame:** 0827/0117          **Recorded:** 10/02/1991          **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.

**Exec Dt:** 04/25/1991
**Entity Type:** CORPORATION

|  |  |
|---|---|
| | **Citizenship:** DELAWARE |
| **Assignee:** CARTIER INTERNATIONAL, B.V. | **Entity Type:** CORPORATION |
| HERENGRACHT 436 | **Citizenship:** NETHERLANDS |
| AMSTERDAM-C, NETHERLANDS | |
| **Correspondent:** KATHRYN JENNISON SHULTZ | |
| ELLSWORTH M. JENNISON | |
| CRYSTAL PLAZA #1-SUITE 704 | |
| 2001 JEFFERSON DAVIS HIGHWAY | |
| ARLINGTON, VA 22202 | |

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 3400/0443 | **Recorded:** 09/11/2006 | **Pages:** 23 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CARTIER INTERNATIONAL B.V. | **Exec Dt:** 10/31/2005 | |
| | **Entity Type:** COMPANY-EQUIVALENT + US CORP. | |
| | **Citizenship:** NONE | |
| **Assignee:** CARTIER INTERNATIONAL N.V. | **Entity Type:** COMPANY - US EQUIR. CORPORATION | |
| SCHARLOOWEG 33 | **Citizenship:** NONE | |
| CURACAO, NETHERLANDS ANTILLES | | |
| **Correspondent:** HELEN M. O'SHAUGHNESSY | | |
| 2 EAST 52 STREET | | |
| NEW YORK N.Y 10022 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 4252/0184 | **Recorded:** 08/02/2010 | **Pages:** 12 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** CARTIER INTERNATIONAL N.V. | **Exec Dt:** 12/14/2009 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NETHERLANDS ANTILLES | |
| **Assignee:** CARTIER INTERNATIONAL A.G. | **Entity Type:** CORPORATION | |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND | |
| 6312 STEINHAUSEN, SWITZERLAND | | |
| **Correspondent:** MILTON SPRINGUT | | |
| 488 MADISON AVENUE | | |
| 19 FL | | |
| NEW YORK, NY 10022 | | |

Search Results as of: 04/10/2017 01:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| **HOME** | **INDEX** | **SEARCH** | *eBUSINESS* | **CONTACT US** | **PRIVACY STATEMENT**

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=71471852[4/10/2017 1:08:29 PM]

**Registered Feb. 13, 1945**

**Trade-Mark 411,975**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,859



## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for WATCHES AND CLOCKS AND WRIST WATCHES WITH WRIST STRAPS AND BRACELETS ATTACHED FOR SECURING THE SAME ON THE WRIST OF THE WEARER, AND TRAVELING CLOCKS AND WATCHES WITH COVERS OF LEATHER, FABRIC AND THE LIKE FOR PROTECTING THEM WHILE TRAVELING, in Class 27, Horological instruments, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trademark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to the goods, or to the packages containing the same, by embossing or printing the same directly thereon, by engraving the mark directly thereon, or forming the mark directly therein by means of dies, or by applying thereto a printed label on which the trade-mark is shown.

CARTIER, INC.,
By RENÉ J. POUECH,
*Vice-President.*



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Sep 28 03:23:09 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | CARTIER |
| **Goods and Services** | IC 014. US 027. G & S: Watches and Clocks and Wrist Watches with Wrist Straps and Bracelets Attached for Securing the Same on the Wrist of the Wearer, and Traveling Clocks and Watches with Covers of Leather, Fabric and the Like for Protecting Them While Traveling. FIRST USE: 18590000. FIRST USE IN COMMERCE: 18590000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71471859 |
| **Filing Date** | July 1, 1944 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **0411975** |
| **Registration Date** | February 13, 1945 |
| **Owner** | (REGISTRANT) Cartier, Inc. CORPORATION NEW YORK 653 Fifth Ave. New York NEW YORK |
| | (LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECTION 8(10-YR) 20150217. |
| **Renewal** | 4TH RENEWAL 20150217 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 71471859 | **Filing Dt:** 07/01/1944 | **Reg #:** 411975 | **Reg. Dt:** 02/13/1945 |

**Registrant:** Cartier, Inc.

**Mark:** CARTIER

## Assignment: 1

**Reel/Frame:** 0294/0453      **Recorded:** 09/15/1976      **Pages:** 5

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-

             **Exec Dt:** 08/04/1976
             **Entity Type:** CORPORATION
             **Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-

             **Exec Dt:** 00/00/0000
             **Entity Type:** CORPORATION
             **Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED

             **Entity Type:** UNKNOWN
             **Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.

CARTIER, INCORPORATED

653 FIFTH AVENUE

NEW YORK, NY 10022

## Assignment: 2

**Reel/Frame:** 0827/0110      **Recorded:** 10/02/1991      **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED

             **Exec Dt:** 04/24/1991
             **Entity Type:** CORPORATION
             **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.

             **Entity Type:** CORPORATION
             **Citizenship:** DELAWARE

2 EAST 52ND STREET

NEW YORK, NEW YORK

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 3

**Reel/Frame:** 0827/0117      **Recorded:** 10/02/1991      **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.      **Exec Dt:** 04/25/1991

             **Entity Type:** CORPORATION

|  |  |
|---|---|
| | **Citizenship:** DELAWARE |
| **Assignee:** CARTIER INTERNATIONAL, B.V. | **Entity Type:** CORPORATION |
| | **Citizenship:** NETHERLANDS |
| HERENGRACHT 436 | |
| AMSTERDAM-C, NETHERLANDS | |
| **Correspondent:** KATHRYN JENNISON SHULTZ | |
| ELLSWORTH M. JENNISON | |
| CRYSTAL PLAZA #1-SUITE 704 | |
| 2001 JEFFERSON DAVIS HIGHWAY | |
| ARLINGTON, VA 22202 | |

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 3400/0443 | **Recorded:** 09/11/2006 | **Pages:** 23 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CARTIER INTERNATIONAL B.V. | **Exec Dt:** 10/31/2005 | |
| | **Entity Type:** COMPANY-EQUIVALENT + US CORP. | |
| | **Citizenship:** NONE | |
| **Assignee:** CARTIER INTERNATIONAL N.V. | **Entity Type:** COMPANY - US EQUIR. CORPORATION | |
| SCHARLOOWEG 33 | | |
| CURACAO, NETHERLANDS ANTILLES | **Citizenship:** NONE | |
| **Correspondent:** HELEN M. O'SHAUGHNESSY | | |
| 2 EAST 52 STREET | | |
| NEW YORK N.Y 10022 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 4252/0184 | **Recorded:** 08/02/2010 | **Pages:** 12 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** CARTIER INTERNATIONAL N.V. | **Exec Dt:** 12/14/2009 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NETHERLANDS ANTILLES | |
| **Assignee:** CARTIER INTERNATIONAL A.G. | **Entity Type:** CORPORATION | |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND | |
| 6312 STEINHAUSEN, SWITZERLAND | | |
| **Correspondent:** MILTON SPRINGUT | | |
| 488 MADISON AVENUE | | |
| 19 FL | | |
| NEW YORK, NY 10022 | | |

Search Results as of: 09/28/2016 06:37 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

# United States Patent Office

**759,201**
Registered Oct. 29, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 146,163, filed June 5, 1962

# CARTIER

Cartier, Inc. (New York corporation)
653 5th Ave.
New York 22, N.Y.

For: WATCHES AND CLOCKS, in CLASS 27.
First use in 1859; in commerce in 1859.
Owner of Reg. No. 411,975.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Sep 28 03:23:09 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | CARTIER |
| **Goods and Services** | IC 014. US 027. G & S: Watches and Clocks. FIRST USE: 18590000. FIRST USE IN COMMERCE: 18590000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72146163 |
| **Filing Date** | June 8, 1962 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0759201** |
| **Registration Date** | October 29, 1963 |
| **Owner** | (REGISTRANT) CARTIER, INC. CORPORATION NEW YORK 653 5TH AVE. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 0411975 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130223. |
| **Renewal** | 3RD RENEWAL 20130223 |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 72146163 | **Filing Dt:** 06/08/1962 | **Reg #:** 759201 | **Reg. Dt:** 10/29/1963 |
| **Registrant:** CARTIER, INC. | | | |
| **Mark:** CARTIER | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0294/0453 | **Recorded:** 09/15/1976 | **Pages:** 5 |

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-

       **Exec Dt:** 08/04/1976
       **Entity Type:** CORPORATION
       **Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-

       **Exec Dt:** 00/00/0000
       **Entity Type:** CORPORATION
       **Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED

       **Entity Type:** UNKNOWN
       **Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.

CARTIER, INCORPORATED

653 FIFTH AVENUE

NEW YORK, NY 10022

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0110 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED

       **Exec Dt:** 04/24/1991
       **Entity Type:** CORPORATION
       **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.

2 EAST 52ND STREET
NEW YORK, NEW YORK

       **Entity Type:** CORPORATION
       **Citizenship:** DELAWARE

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0117 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST: EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.

       **Exec Dt:** 04/25/1991
       **Entity Type:** CORPORATION

| | | Citizenship: | DELAWARE |
|---|---|---|---|
| | | Entity Type: | CORPORATION |
| | | Citizenship: | NETHERLANDS |

Assignee: CARTIER INTERNATIONAL, B.V.

HERENGRACHT 436

AMSTERDAM-C, NETHERLANDS

Correspondent: KATHRYN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 4

| Reel/Frame: | 3400/0443 | Recorded: | 09/11/2006 | Pages: | 23 |
|---|---|---|---|---|---|

Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor: CARTIER INTERNATIONAL B.V.

Exec Dt: 10/31/2005

Entity Type: COMPANY-EQUIVALENT + US CORP.

Citizenship: NONE

Assignee: CARTIER INTERNATIONAL N.V.

SCHARLOOWEG 33

CURACAO, NETHERLANDS ANTILLES

Entity Type: COMPANY - US EQUIR. CORPORATION

Citizenship: NONE

Correspondent: HELEN M. O'SHAUGHNESSY

2 EAST 52 STREET

NEW YORK N.Y 10022

## Assignment: 5

| Reel/Frame: | 4252/0184 | Recorded: | 08/02/2010 | Pages: | 12 |
|---|---|---|---|---|---|

Conveyance: CHANGE OF NAME

Assignor: CARTIER INTERNATIONAL N.V.

Exec Dt: 12/14/2009

Entity Type: CORPORATION

Citizenship: NETHERLANDS ANTILLES

Assignee: CARTIER INTERNATIONAL A.G.

HINTERBERGSTRASSE 22, POSTFACH 61

6312 STEINHAUSEN, SWITZERLAND

Entity Type: CORPORATION

Citizenship: SWITZERLAND

Correspondent: MILTON SPRINGUT

488 MADISON AVENUE

19 FL

NEW YORK, NY 10022

Search Results as of: 09/28/2016 06:49 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=72146163[9/28/2016 6:49:47 PM]

Int. Cl.: 14

Prior U.S. Cl.: 27, 28

## United States Patent and Trademark Office

Reg. No. 1,114,482
Registered Mar. 6, 1979

## TRADEMARK
### Principal Register



Cartier, Incorporated (Delaware corporation)
653 5th Ave.
New York, N.Y.  10022

For: ARTICLES OF JEWELRY, WATCHES AND CLOCKS, in CLASS 14 (U.S. CLS. 27 and 28).

First use Mar. 1, 1976; in commerce Mar. 1, 1976.

The mark consists of an interlocking "C" design.

Owner of Reg. No. 925,672.

Ser. No. 104,048, filed Oct. 21, 1976.

Int. Cl.: 14

Prior U.S. Cl.: 27, 28

## United States Patent and Trademark Office

**Reg. No. 1,114,482**
Registered Mar. 6, 1979

# TRADEMARK
### Principal Register



Cartier, Incorporated (Delaware corporation)
653 5th Ave.
New York, N.Y.   10022

For: ARTICLES OF JEWELRY, WATCHES AND
CLOCKS, in CLASS 14 (U.S. CLS. 27 and 28).
First use Mar. 1, 1976; in commerce Mar. 1, 1976.
The mark consists of an interlocking "C" design.
Owner of Reg. No. 925,672.

Ser. No. 104,048, filed Oct. 21, 1976.



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 4**

**Serial #:** 73104048     **Filing Dt:** 10/21/1976     **Reg #:** 1114482     **Reg. Dt:** 03/06/1979

**Registrant:** CARTIER, INCORPORATED

**Mark:** CC

### Assignment: 1

**Reel/Frame:** 0827/0110     **Recorded:** 10/02/1991     **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED     **Exec Dt:** 04/24/1991

    **Entity Type:** CORPORATION

    **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.     **Entity Type:** CORPORATION

2 EAST 52ND STREET     **Citizenship:** DELAWARE

NEW YORK, NEW YORK

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

### Assignment: 2

**Reel/Frame:** 0827/0117     **Recorded:** 10/02/1991     **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.     **Exec Dt:** 04/25/1991

    **Entity Type:** CORPORATION

    **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, B.V.     **Entity Type:** CORPORATION

HERENGRACHT 436     **Citizenship:** NETHERLANDS

AMSTERDAM-C, NETHERLANDS

**Correspondent:** KATHRYN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

### Assignment: 3

**Reel/Frame:** 3400/0443     **Recorded:** 09/11/2006     **Pages:** 23

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CARTIER INTERNATIONAL B.V.     **Exec Dt:** 10/31/2005

    **Entity Type:** COMPANY-EQUIVALENT + US CORP.

    **Citizenship:** NONE

**Assignee:** CARTIER INTERNATIONAL N.V.     **Entity Type:** COMPANY - US EQUIR. CORPORATION

SCHARLOOWEG 33     **Citizenship:** NONE

CURACAO, NETHERLANDS ANTILLES

**Correspondent:** HELEN M. O'SHAUGHNESSY

2 EAST 52 STREET

NEW YORK N.Y 10022

### Assignment: 4

**Reel/Frame:** 4252/0184     **Recorded:** 08/02/2010     **Pages:** 12

**Conveyance:** CHANGE OF NAME

**Assignor:** CARTIER INTERNATIONAL N.V.     **Exec Dt:** 12/14/2009

**Entity Type:** CORPORATION
**Citizenship:** NETHERLANDS ANTILLES

**Assignee:** CARTIER INTERNATIONAL A.G.
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Correspondent:** MILTON SPRINGUT
488 MADISON AVENUE
19 FL
NEW YORK, NY 10022

Search Results as of: 06/04/2020 06:28 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**

# United States of America
## United States Patent and Trademark Office

# *Cartier*

**Reg. No. 4,178,047**

**Registered July 24, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

OWNER OF U.S. REG. NOS. 411,239, 411,975 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD "CARTIER".

SEC. 2(F).

SER. NO. 85-345,798, FILED 6-14-2011.

SEAN CROWLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Composite Exhibit 6

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,430,848**

**United States Patent and Trademark Office**   Registered Feb. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## A. LANGE & SOHNE

LANGE UHREN GMBH (FED REP GERMANY COR-
PORATION)
ALTENBERGER STRASSE 15
01768 GLASHUTTE
SACHSEN, FED REP GERMANY

FOR: WATCHES, WATCH MOVEMENTS, WATCH
CASES, AND WATCH BRACELETS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1994; IN COMMERCE 1–0–1996.
OWNER OF U.S. REG. NO. 1,723,054.
THE ENGLISH TRANSLATION OF "SOHNE" IS
"SONS".
SEC. 2(F).

SER. NO. 75–716,148, FILED 5–24–1999.

MARLENE MENARD, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,071,207

Registered Mar. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER



LANGE UHREN GMBH (FED REP GERMANY G.M.B.H.)
ALTENBERGER STRASSE 15
D-01768 GLASHÜTTE, FED REP GERMANY

FOR: CUFF LINKS, TIE CLIPS, RINGS, BRACE-LETS, EARRINGS, NECKLACES, BROOCHES; WATCHES, CHRONOMETERS, CLOCKS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRE-CIOUS METALS FOR WATCHES AND JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF INTERNATIONAL REGISTRATION 0835903 DATED 9-15-2004, EXPIRES 9-15-2014.

OWNER OF U.S. REG. NOS. 1,706,009, 2,448,703 AND OTHERS.

THE ENGLISH TRANSLATION OF "SÖHNE" IS "SONS"

SEC. 2(F).

SER. NO. 79-006,297, FILED 9-15-2004.

MONIQUE MILLER, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 11 03:17:23 EDT 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| Field | Value |
|---|---|
| **Word Mark** | A. LANGE & SÖHNE |
| **Translations** | The English translation of "SÖHNE" is "SONS" |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [ Cuff links, tie clips, rings, bracelets, earrings, necklaces, brooches; ] watches, [ chronometers, clocks, ] watch straps, watch bracelets [, boxes of precious metals for watches and jewelry ] |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 79006297 |
| **Filing Date** | September 15, 2004 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | December 27, 2005 |
| **Registration Number** | 3071207 |
| **International Registration Number** | 0835903 |
| **Registration Date** | March 21, 2006 |
| **Owner** | (REGISTRANT) Lange Uhren GmbH G.M.B.H. FED REP GERMANY Ferdinand-A.-Lange-Platz 1 01768 Glashütte FED REP GERMANY |
| **Attorney of Record** | Dyan Finguerra-DuCharme |
| **Prior Registrations** | 1706009;1723054;2430848;2448703;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 79006297  **Filing Dt:** 09/15/2004  **Reg #:** 3071207  **Reg. Dt:** 03/21/2006

**Registrant:** Lange Uhren GmbH

**Mark:** A. LANGE & SÖHNE

**Assignment: 1**

**Reel/Frame:** 5537/0790  **Recorded:** 01/08/2015  **Pages:** 2

**Conveyance:** CHANGE OF ADDRESS

**Assignor:** LANGE UHREN GMBH  **Exec Dt:** 10/08/2014
  **Entity Type:** UNKNOWN
  **Citizenship:** NOT PROVIDED

**Assignee:** LANGE UHREN GMBH  **Entity Type:** UNKNOWN
FERDINAND-A.-LANGE-PLATZ 1  **Citizenship:** NOT PROVIDED
01768 GLASHÜTTE, GERMANY

**Correspondent:** LANGE UHREN GMBH
FERDINAND-A.-LANGE-PLATZ 1
01768 GLASHÜTTE
GERMANY

Search Results as of: 05/11/2022 06:00 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Affidavit Text**    SECT 15. SECTION 71. SECTION 71

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Composite Exhibit 7

# United States Patent Office

**776,208**
Registered Sept. 1, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 183,616, filed Dec. 24, 1963

# MONTBLANC

Montblanc-Simplo G.m.b.H. (German limited liability company)
Schanzenstrasse 75/77
Hamburg, Germany

For: FOUNTAIN PENS, CASES FOR FOUNTAIN PENS, BALL POINT PENS, BALL POINT CARTRIDGES, BALL POINT PASTE, MECHANICAL PENCILS, LEAD FOR MECHANICAL PENCILS, in CLASS 37.

First use 1913 on fountain pens; in commerce 1913.

# United States Patent Office

**839,016**
Registered Nov. 21, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 268,268, filed Apr. 4, 1967



Montblanc-Simplo GmbH (German corporation)
Schanzenstrasse 75/77
Hamburg, Germany

For: FOUNTAIN PEN INK AND BALL POINT
PASTE, in CLASS 11.
First use 1955; in commerce 1963.

For: FOUNTAIN PENS, CASES FOR FOUNTAIN
PENS, BALL POINT PENS, BALL POINT CART-
RIDGES, MECHANICAL PENCILS, LEAD FOR
MECHANICAL PENCILS, DESK STANDS FOR
PENS, in CLASS 37.
First use 1913; in commerce 1913.

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

Reg. No. 2,759,073

## United States Patent and Trademark Office

Registered Sep. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STARWALKER

MONTBLANC-SIMPLO GMBH (FED REP GER-MANY CORPORATION)
HELLGRUNDWEG 100
D2000 HAMBURG 54, FED REP GERMANY

FOR: FOUNTAIN PENS, BALL-POINT PENS, PENCILS, FELT-TIP PENS, ROLLERBALLS, DOCU-MENT MARKERS, POUCHES FOR WRITING IN-STRUMENTS, GIFT CASES FOR WRITING INSTRUMENTS, WRITING INKS AND REFILLS, NOTE PAPER, WRITING PAPER, DIARIES, ORGA-NIZERS, PAPERWEIGHTS, PEN AND PENCIL

HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302299629, FILED 6-19-2002, REG. NO. 30229962, DATED 6-20-2002, EXPIRES 6-30-2012.

SER. NO. 78-181,734, FILED 11-5-2002.

ROBIN CHOSID, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MONT BLANC

**Reg. No. 4,669,133**

**Registered Jan. 13, 2015**

**Int. Cls.: 3, 9, 14, 16 and 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONTBLANC-SIMPLO GMBH (FED REP GERMANY LIMITED PARTNERSHIP)
HELLGRUNDWEG 100
22525 HAMBURG
FED REP GERMANY

FOR: SOAPS; PERFUMERY; ESSENTIAL OILS; COSMETIC PREPARATIONS FOR BODY AND BEAUTY CARE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES; EYEGLASS FRAMES AND CASES; MAGNIFYING GLASSES; COMPUTER AND TABLETS CARRYING CASES AND BAGS; HOLDERS AND CASES FOR TELEPHONES, PORTABLE TELEPHONES AND SMARTPHONES; ACCESSORIES FOR PORTABLE TELEPHONES, SMARTPHONES AND TABLETS, NAMELY, CASES, BAGS; DATA RECORDING AND STORAGE MEDIA DEVICE AND INSTRUMENTS, NAMELY, BLANK USB FLASH DRIVE; GRADUATED RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; PRECIOUS STONES; PRECIOUS METALS AND THEIR ALLOYS; CUFFLINKS; TIE CLIPS; RINGS; BRACELETS; EARRINGS; NECKLACES; BROOCHES; KEY RINGS OF PRECIOUS METAL; JEWELRY CASES; BOXES OF PRECIOUS METALS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; WATCHES; CHRONOMETERS; CLOCKS; SMALL CLOCKS; WATCH CASES; WATCH BANDS; WATCH BRACELETS; KEY RINGS, TRINKETS, OR FOBS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY; ARTICLES OF PAPER OR CARDBOARD, NAMELY, BOXES, BAGS, ENVELOPES AND POUCHES FOR PACKAGING; WRAPPING PAPER; WRITING INSTRUMENTS; POUCHES FOR WRITING INSTRUMENTS; CASES FOR WRITING INSTRUMENTS; INKS AND INK REFILLS FOR WRITING INSTRUMENTS; DESK SETS; WRITING BOOKS; CALENDARS, NOTE BOOKS, CARD AND DOCUMENT FILES, ANNOUNCEMENT CARDS; WRITING PAPER, ENVELOPES, INDEX CARDS; BUSINESS CARDS; WRITING PADS; WRITING INSTRUMENT HOLDERS; PAPERWEIGHTS; DIARIES; COVER FOR DIARIES; REPLACEMENT PAPERS FOR DIARIES; INKWELLS; CHECK BOOK HOLDERS; PASSPORT HOLDERS; DOCUMENT HOLDERS AND CASES; PHOTO ALBUMS; BOOKENDS; MONEY CLIPS; WRITING CASES FOR WRITING INSTRUMENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: HANDBAGS, TRAVELLING BAGS, RUCKSACKS, GARMENT BAGS FOR TRAVEL, TRAVELING SETS COMPRISED OF LUGGAGE, SUITCASES, BAGS FOR SPORTS,

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,669,133**   WHEELED BAGS, WALLETS, PURSES, NAME CARDS CASES, BRIEFCASES, ATTACHÉ CASES, KEY CASES OF LEATHER OR IMITATION LEATHER; TRAVELLING TRUNKS; UNFITTED VANITY CASES; EVENING PURSES; LEATHER STRAPS; BOXES OF LEATHER OR LEATHER BOARD, TRUNKS AND SUITCASES; CREDIT CARD HOLDER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

OWNER OF U.S. REG. NOS. 3,059,776, 4,405,176 AND OTHERS.

PRIORITY DATE OF 11-23-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1182079 DATED 5-22-2013, EXPIRES 5-22-2023.

THE MARK CONSISTS OF THE STYLIZED WORD "MONT" APPEARING ABOVE THE STYLIZED WORD "BLANC". A SIX-LOBED STAR DESIGN WITHIN A CIRCLE APPEARS TO THE UPPER RIGHT OF THE WORDING "MONT".

THE ENGLISH TRANSLATION OF "MONT BLANC" IS "WHITE MOUNTAIN".

SER. NO. 79-138,632, FILED 5-22-2013.

TOBY BULLOFF, EXAMINING ATTORNEY

<div style="border: 1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border: 1px solid black;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Composite Exhibit 8

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,340,290

## United States Patent and Trademark Office

Registered Apr. 11, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## PANERAI

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: BOXES AND CASES FOR WATCHES;
JEWELLERY AND PRECIOUS GEM STONES;

CHRONOMETERS, WATCHES AND CLOCKS,
IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF BENELUX REG. NO. 610463,
DATED 8–28–1998, EXPIRES 3–19–2007.

SER. NO. 75–569,391, FILED 10–13–1998.

MICHAEL BAIRD, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 5 03:22:29 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PANERAI

| Word Mark | PANERAI |
|---|---|
| Goods and Services | IC 014. US 002 027 028 050. G & S: [ boxes and cases for watches; jewellery and precious gem stones; ] chronometers, watches [ and clocks ] |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75569391 |
| Filing Date | October 13, 1998 |
| Current Basis | 44E |
| Original Filing Basis | 1B;44E |
| Published for Opposition | January 18, 2000 |
| Registration Number | **2340290** |
| Registration Date | April 11, 2000 |
| Owner | (REGISTRANT) Cartier International B.V. CORPORATION NETHERLANDS Herengracht 436 B.P. 3980 Amsterdam NETHERLANDS |
| | (LAST LISTED OWNER) OFFICINE PANERAI A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Lawrence E. Apolzon |
| Priority Date | March 19, 1997 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100723. |
| Renewal | 1ST RENEWAL 20100723 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 75569391 | **Filing Dt:** 10/13/1998 | **Reg #:** 2340290 | **Reg. Dt:** 04/11/2000 |

**Registrant:** Cartier International B.V.

**Mark:** PANERAI

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 3626/0477 | **Recorded:** 09/24/2007 | **Pages:** 4 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST EFFECTIVE 10312005

**Assignor:** CARTIER INTERNATIONAL BV

    **Exec Dt:** 10/31/2005
    **Entity Type:** COMPANY
    **Citizenship:** NETHERLANDS

**Assignee:** OFFICINE PANERAI N.V.
SCHARLOOWEG 33
CURACAO, NETHERLANDS ANTILLES

    **Entity Type:** COMPANY
    **Citizenship:** NETHERLANDS ANTILLES

**Correspondent:** JEFFREY MARTIN
2 EAST 52ND STREET
NEW YORK, NY 10022

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 4243/0834 | **Recorded:** 07/16/2010 | **Pages:** 7 |

**Conveyance:** CHANGE OF NAME

**Assignor:** OFFICINE PANERAI N.V.

    **Exec Dt:** 12/14/2009
    **Entity Type:** CORPORATION
    **Citizenship:** NETHERLANDS ANTILLES

**Assignee:** OFFICINE PANERAI A.G.
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND

**Correspondent:** MILTON SPRINGUT
488 MADISON AVENUE
19 FL
NEW YORK, NY 10022

Search Results as of: 10/05/2016 01:35 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,516,018
Registered Dec. 11, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## LUMINOR

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS CORPORATION)
HERENGRACHT 436 B.P.
3980 AMSTERDAM, NETHERLANDS

FOR: JEWELLERY AND PRECIOUS GEM
STONES; CHRONOMETERS, WATCHES AND
CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF BENELUX REG. NO. 609557, DATED
12-18-1997, EXPIRES 3-19-2007.

SER. NO. 75-385,120, FILED 11-5-1997.

NANCY CLARKE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 5 03:22:29 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | LUMINOR |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [jewelry and precious gem stones;] chronometers, watches and clocks |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75385120 |
| **Filing Date** | November 5, 1997 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44E |
| **Published for Opposition** | September 18, 2001 |
| **Registration Number** | **2516018** |
| **Registration Date** | December 11, 2001 |
| **Owner** | (REGISTRANT) Cartier International B.V. CORPORATION NETHERLANDS Herengracht 436 B.P. 3980 Amsterdam NETHERLANDS |
| | (LAST LISTED OWNER) OFFICINE PANERAI A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110101. |
| **Renewal** | 1ST RENEWAL 20110101 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 75385120 | **Filing Dt:** 11/05/1997 | **Reg #:** 2516018 | **Reg. Dt:** 12/11/2001 |

**Registrant:** Cartier International B.V.

**Mark:** LUMINOR

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 3626/0477 | **Recorded:** 09/24/2007 | **Pages:** 4 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST EFFECTIVE 10312005

| | |
|---|---|
| **Assignor:** CARTIER INTERNATIONAL BV | **Exec Dt:** 10/31/2005 |
| | **Entity Type:** COMPANY |
| | **Citizenship:** NETHERLANDS |

| | |
|---|---|
| **Assignee:** OFFICINE PANERAI N.V. | **Entity Type:** COMPANY |
| SCHARLOOWEG 33 | **Citizenship:** NETHERLANDS ANTILLES |
| CURACAO, NETHERLANDS ANTILLES | |

**Correspondent:** JEFFREY MARTIN
2 EAST 52ND STREET
NEW YORK, NY 10022

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 4243/0834 | **Recorded:** 07/16/2010 | **Pages:** 7 |

**Conveyance:** CHANGE OF NAME

| | |
|---|---|
| **Assignor:** OFFICINE PANERAI N.V. | **Exec Dt:** 12/14/2009 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** NETHERLANDS ANTILLES |

| | |
|---|---|
| **Assignee:** OFFICINE PANERAI A.G. | **Entity Type:** CORPORATION |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND |
| 6312 STEINHAUSEN, SWITZERLAND | |

**Correspondent:** MILTON SPRINGUT
488 MADISON AVENUE
19 FL
NEW YORK, NY 10022

Search Results as of: 10/05/2016 01:37 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v2.5

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,004,529
Registered Oct. 4, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CARTIER INTERNATIONAL B.V. (NETHER-
    LANDS CORPORATION)
HERENGRACHT 436
NL-1017 BZ AMSTERDAM
NETHERLANDS

FOR: BOXES AND CASES FOR WATCHES; JEW-
ELRY AND PRECIOUS STONES, CHRONOM-
ETERS, WATCHES AND WALL CLOCKS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF INTERNATIONAL REGISTRATION
0811395 DATED 9-16-2003, EXPIRES 9-16-2013.

SER. NO. 79-000,298, FILED 11-4-2003.

EVELYN BRADLEY, EXAMINING ATTORNEY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 5 04:16:02 EST 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [_____] OR **Jump** to record: [_____] **Record 27 out of 47**

---

**TSDR** | **ASSIGN Status** | **TTAB Status** *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OP |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Boxes and cases for watches; [ jewelry and precious stones, ] chronometers, watches [ and wall clocks ] |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.10 - Arrows, more than one ; More than one arrow<br>24.15.25 - Other arrows |
| **Serial Number** | 79000298 |
| **Filing Date** | November 4, 2003 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | 3004529 |
| **International Registration Number** | 0811395A |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) CARTIER INTERNATIONAL B.V. CORPORATION NETHERLANDS Herengracht 436 NL-1017 BZ Amsterdam NETHERLANDS<br><br>(LAST LISTED OWNER) Officine **Panerai** AG CORPORATION SWITZERLAND Hinterbergstrasse 22, Postfach 61 STEINHAUSEN SWITZERLAND CH6312 |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 71. SECTION 71 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 79000298 | **Filing Dt:** 11/04/2003 | **Reg #:** 3004529 | **Reg. Dt:** 10/04/2005 |
| **Registrant:** CARTIER INTERNATIONAL B.V. | | | |
| **Mark:** OP | | | |

**Assignment: 1**

| | | |
|---|---|---|
| **Reel/Frame:** 4307/0496 | **Recorded:** 10/29/2010 | **Pages:** 2 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** OFFICINE PANERAI N.V. | **Exec Dt:** 07/28/2010 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NETHERLANDS ANTILLES | |

**Assignee:** OFFICINE PANERAI AG
HINTERBERGSTRASSE 22
POSTFACH 61
CH-6312 STEINHAUSEN, SWITZERLAND

**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** OFFICINE PANERAI AG
HINTERBERGSTRASSE 22
POSTFACH 61
CH-6312 STEINHAUSEN
SWITZERLAND

Search Results as of: 11/05/2019 06:36 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,174,281

Registered Nov. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# MARINA MILITARE

CARTIER INTERNATIONAL B.V. (NETHER-
LANDS CORPORATION)
HERENGRACHT 436
NL-1017 BZ AMSTERDAM
NETHERLANDS

FOR: CUFF LINKS, TIE PINS, RINGS, BRACE-
LETS, EARRINGS, NECKLACES, BROOCHES;
WATCHES, CHRONOMETERS, CLOCKS, WATCH-
BANDS, WRISTWATCHES, BOXES OF PRECIOUS
METAL FOR WATCHES AND JEWELRY, IN CLASS
14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-29-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0850768 DATED 3-8-2005, EXPIRES 3-8-2015.

THE ENGLISH TRANSLATION OF MARINA
MILITARE IS MARINA MILITARY.

SER. NO. 79-011,293, FILED 3-8-2005.

STEVEN PEREZ, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Aug 12 03:33:50 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# MARINA MILITARE

| | |
|---|---|
| **Word Mark** | MARINA MILITARE |
| **Translations** | The English translation of MARINA MILITARE is MARINA MILITARY. |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [ Cuff links, tie pins, rings, bracelets, earrings, necklaces, brooches; ] watches [, chronometers, clocks, ] [ watchbands, wristwatches ] [, boxes of precious metal for watches and jewelry ] |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 79011293 |
| **Filing Date** | March 8, 2005 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | September 5, 2006 |
| **Registration Number** | **3174281** |
| **International Registration Number** | 0850768 |
| **Registration Date** | November 21, 2006 |
| **Owner** | (REGISTRANT) CARTIER INTERNATIONAL B.V. CORPORATION NETHERLANDS Herengracht 436 NL-1017 BZ Amsterdam NETHERLANDS |
| | (LAST LISTED OWNER) MARINA MILITARE - STATO MAGGIORE Public Authority ITALY Piazza della Marina, 4 I-00196 ROMA ITALY |
| **Priority Date** | September 29, 2004 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Affidavit Text** | SECTION 71. SECTION 71 |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 79011293 | **Filing Dt:** 03/08/2005 | **Reg #:** 3174281 | **Reg. Dt:** 11/21/2006 |

**Registrant:** CARTIER INTERNATIONAL B.V.

**Mark:** MARINA MILITARE

## Assignment: 1

**Reel/Frame:** 3472/0698       **Recorded:** 02/01/2007                       **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CARTIER INTERNATIONAL B.V.                       **Exec Dt:** 10/18/2006
                                                    **Entity Type:** UNKNOWN
                                                    **Citizenship:** NETHERLANDS

**Assignee:** OFFICINE PANERAI N.V.                       **Entity Type:** SOCIÉTÉ ANONYME
SCHARLOOWEG 33                       **Citizenship:** NONE
CURAÇAO - ANTILLES NÉERLANDAISES, NETHERLANDS ANTILLES

**Correspondent:** OFFICINE PANERAI N.V.
SCHARLOOWEG 33
CURAÇAO - ANTILLES NÉERLANDAISES
NETHERLANDS ANTILLES

## Assignment: 2

**Reel/Frame:** 4307/0502       **Recorded:** 10/29/2010                       **Pages:** 2

**Conveyance:** CHANGE OF NAME

**Assignor:** OFFICINE PANERAI N.V.                       **Exec Dt:** 07/28/2010
                                                    **Entity Type:** UNKNOWN
                                                    **Citizenship:** NETHERLANDS ANTILLES

**Assignee:** OFFICINE PANERAI AG                       **Entity Type:** UNKNOWN
HINTERBERGSTRASSE 22                       **Citizenship:** NONE
POSTFACH 61
CH-6312 STEINHAUSEN, SWITZERLAND

**Correspondent:** OFFICINE PANERAI AG
HINTERBERGSTRASSE 22
POSTFACH 61
CH-6312 STEINHAUSEN
SWITZERLAND

Search Results as of: 08/12/2019 02:19 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT** |

# United States of America

## United States Patent and Trademark Office

# OFFICINE PANERAI

**Reg. No. 4,009,035**

**Registered Aug. 9, 2011**

**Int. Cls.: 14, 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

OFFICINE PANERAI A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
STEINHAUSEN 6312, SWITZERLAND

FOR: CHRONOMETERS, WATCHES AND CLOCKS; WATCH ACCESSORIES, NAMELY, WATCH BANDS, WATCH STRAPS, WATCH BRACELETS, AND BUCKLES FOR WATCH BANDS AND WATCH STRAPS; BOXES AND CASES FOR WATCHES; WATCH CASES, NAMELY, WATCH ROLLS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1999.

FOR: SPORT BAGS; HOLDALLS FOR YACHTING EQUIPMENT AND APPAREL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-0-1998; IN COMMERCE 4-0-1998.

FOR: CLOTHING, NAMELY, T-SHIRTS, WIND-RESISTANT JACKETS, JACKETS, VESTS, SWEATERS, POLO SHIRTS, LONG SLEEVE SHIRTS, SCARVES; HEADWEAR, HATS, CAPS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1998; IN COMMERCE 4-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,340,290.

THE ENGLISH TRANSLATION OF "OFFICINE" IN THE MARK IS "WORKSHOPS".

SER. NO. 85-200,684, FILED 12-17-2010.

JANET LEE, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# LUMINOR MARINA

**Reg. No. 5,763,549**

**Registered May 28, 2019**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Officine Panerai AG  (SWITZERLAND CORPORATION)
Hinterbergstrasse 22, Postfach 61
Steinhausen, SWITZERLAND 6312

CLASS 14: Chronometers; watches

FIRST USE 00-00-2005; IN COMMERCE 00-00-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-188,344, FILED 11-09-2018



Director of the United States
Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# PANERAI SUBMERSIBLE

**Reg. No. 5,848,650**

**Registered Sep. 03, 2019**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Officine Panerai AG  (SWITZERLAND CORPORATION)
Hinterbergstrasse 22, Postfach 61
Steinhausen, SWITZERLAND 6312

CLASS 14: Chronometers; watches and clocks; watch movements; watch straps; watch bracelets; presentation boxes for watches; cases adapted for holding watches

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 72800/2018, FILED 05-03-2018, REG. NO. 722257, DATED 10-10-2018, EXPIRES 05-03-2028

No claim is made to the exclusive right to use the following apart from the mark as shown: "SUBMERSIBLE"

SER. NO. 88-035,851, FILED 07-12-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

Composite Exhibit 9

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

## United States Patent and Trademark Office

**Reg. No. 1,415,794**
Registered Nov. 4, 1986

### TRADEMARK
### PRINCIPAL REGISTER

# Van Cleef & Arpels

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

   FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 3–0–1939; IN COMMERCE 3–0–1939.
   OWNER OF U.S. REG. NO. 971,523.

SER. NO. 587,444, FILED 3–10–1986.

TERESA HECHMER, EXAMINING ATTORNEY

Int. Cl.: **14**

Prior U.S. Cls.: **27 and 28**

Reg. No. 1,415,794

## United States Patent and Trademark Office

Registered Nov. 4, 1986

### TRADEMARK
#### PRINCIPAL REGISTER

# Van Cleef & Arpels

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 3–0–1939; IN COMMERCE 3–0–1939.
OWNER OF U.S. REG. NO. 971,523.

SER. NO. 587,444, FILED 3–10–1986.

TERESA HECHMER, EXAMINING ATTORNEY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 2 04:51:06 EST 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Van Cleef & Arpels

| | |
|---|---|
| **Word Mark** | VAN CLEEF & ARPELS |
| **Goods and Services** | IC 014. US 027 028. G & S: JEWELRY AND WATCHES. FIRST USE: 19390300. FIRST USE IN COMMERCE: 19390300 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73587444 |
| **Filing Date** | March 10, 1986 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 1986 |
| **Registration Number** | **1415794** |
| **Registration Date** | November 4, 1986 |
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS, INC. CORPORATION NEW YORK 8, ROUTE DE CHANDOLAN 1752 VILLARS-SUR-CLANE SWITZERLAND |
| | (LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8, ROUTE DE BICHES 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0971523 |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160806. |
| **Renewal** | 2ND RENEWAL 20160806 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| Serial #: 73587444 | Filing Dt: 03/10/1986 | Reg #: 1415794 | Reg. Dt: 11/04/1986 |
| Registrant: VAN CLEEF & ARPELS, INC. | | | |
| Mark: VAN CLEEF & ARPELS | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| Reel/Frame: 2213/0242 | Recorded: 12/22/2000 | | Pages: 72 |
| Conveyance: ASSIGNS THE ENTIRE INTEREST | | | |
| Assignor: VAN CLEEF & ARPELS, INC. | | Exec Dt: 08/01/2000 | |
| | | Entity Type: CORPORATION | |
| | | Citizenship: NEW YORK | |
| Assignee: VAN CLEEF & ARPELS LOGISTICS SA | | Entity Type: CORPORATION | |
| ROUTE DE CHAMDOLAN 8 | | Citizenship: SWITZERLAND | |
| VILLARDS-SUR-GLANE, SWITZERLAND CH-1752 | | | |
| Correspondent: GOTTLIEB, RACKMAN & REISMAN, P.C. | | | |
| GEORGE GOTTLIEB, ESQ. | | | |
| 270 MADISON AVENUE | | | |
| NEW YORK, NY 10016-0601 | | | |

## Assignment: 2

| | | | |
|---|---|---|---|
| Reel/Frame: 2312/0639 | Recorded: 06/06/2001 | | Pages: 78 |
| Conveyance: CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE ADDRESS AND DOMESTIC REPRESENTATIVE PREVIOUSLY RECORDED ON REEL 002213, FRAME 0242. | | | |
| Assignor: VAN CLEEF & ARPELS, INC. | | Exec Dt: 08/01/2000 | |
| | | Entity Type: CORPORATION | |
| | | Citizenship: NEW YORK | |
| Assignee: VAN CLEEF & ARPELS LOGISTICS SA | | Entity Type: CORPORATION | |
| 8, ROUTE DE CHANDOLAN | | Citizenship: SWITZERLAND | |
| 1752 VILLARS-SUR-GLANE, SWITZERLAND | | | |
| Correspondent: GOTTLIEB RACKMAN & REISMAN P.C. | | | |
| GEORGE GOTTIEB, ESQ. | | | |
| 270 MADISON AVENUE | | | |
| NEW YORK, NEW YORK 10016-0601 | | | |

## Assignment: 3

| | | | |
|---|---|---|---|
| Reel/Frame: 3503/0066 | Recorded: 03/19/2007 | | Pages: 3 |
| Conveyance: CHANGE OF NAME | | | |
| Assignor: VAN CLEEF & ARPELS LOGISTICS S.A. | | Exec Dt: 11/23/2006 | |
| | | Entity Type: CORPORATION | |
| | | Citizenship: SWITZERLAND | |
| Assignee: VAN CLEEF & ARPELS SA | | Entity Type: CORPORATION | |
| 8 ROUTE DE CHANDOLAN | | Citizenship: SWITZERLAND | |

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 01/02/2018 02:33 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,584,572

**United States Patent and Trademark Office**

Registered Feb. 27, 1990

10 Year Renewal

Renewal Term Begins Feb. 27, 2000

## TRADEMARK
## PRINCIPAL REGISTER

### VCA

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0-0-1939; IN COMMERCE 0-0-1939.

SER. NO. 73-813,271, FILED 7-18-1989.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 18, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: **14**

Prior U.S. Cl.: **28**

Reg. No. **1,584,572**

## United States Patent and Trademark Office
Registered Feb. 27, 1990

### TRADEMARK
### PRINCIPAL REGISTER

## VCA

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

SER. NO. 73–813,271, FILED 7–18–1989.

JILL C. ALT, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 2 03:31:49 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

**VCA**

| | |
|---|---|
| **Word Mark** | VCA |
| **Goods and Services** | IC 014. US 028. G & S: JEWELRY. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73813271 |
| **Filing Date** | July 18, 1989 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 5, 1989 |
| **Registration Number** | **1584572** |
| **Registration Date** | February 27, 1990 |
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS, INC. CORPORATION NEW YORK 744 FIFTH AVENUE NEW YORK NEW YORK 10019 |
| | (LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8 ROUTE DE CHANDOLAN 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100125. |

| **Renewal** | 2ND RENEWAL 20100125 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 73813271     **Filing Dt:** 07/18/1989     **Reg #:** 1584572     **Reg. Dt:** 02/27/1990

**Registrant:** VAN CLEEF & ARPELS, INC.

**Mark:** VCA

## Assignment: 1

**Reel/Frame:** 2213/0242          **Recorded:** 12/22/2000                    **Pages:** 72

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** VAN CLEEF & ARPELS, INC.                          **Exec Dt:** 08/01/2000
                                                               **Entity Type:** CORPORATION
                                                               **Citizenship:** NEW YORK

**Assignee:** VAN CLEEF & ARPELS LOGISTICS SA          **Entity Type:** CORPORATION
              ROUTE DE CHAMDOLAN 8                      **Citizenship:** SWITZERLAND
              VILLARDS-SUR-GLANE, SWITZERLAND CH-1752

**Correspondent:** GOTTLIEB, RACKMAN & REISMAN, P.C.
                   GEORGE GOTTLIEB, ESQ.
                   270 MADISON AVENUE
                   NEW YORK, NY 10016-0601

## Assignment: 2

**Reel/Frame:** 2312/0639          **Recorded:** 06/06/2001                    **Pages:** 78

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE ADDRESS AND DOMESTIC REPRESENTATIVE
PREVIOUSLY RECORDED ON REEL 002213, FRAME 0242.

**Assignor:** VAN CLEEF & ARPELS, INC.                          **Exec Dt:** 08/01/2000
                                                               **Entity Type:** CORPORATION
                                                               **Citizenship:** NEW YORK

**Assignee:** VAN CLEEF & ARPELS LOGISTICS SA          **Entity Type:** CORPORATION
              8, ROUTE DE CHANDOLAN                     **Citizenship:** SWITZERLAND
              1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** GOTTLIEB RACKMAN & REISMAN P.C.
                   GEORGE GOTTIEB, ESQ.
                   270 MADISON AVENUE
                   NEW YORK, NEW YORK 10016-0601

## Assignment: 3

**Reel/Frame:** 3503/0066          **Recorded:** 03/19/2007                    **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.                 **Exec Dt:** 11/23/2006
                                                               **Entity Type:** CORPORATION
                                                               **Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA                     **Entity Type:** CORPORATION
              8 ROUTE DE CHANDOLAN                       **Citizenship:** SWITZERLAND
              1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON
                   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                   866 UNITED NATIONS PLAZA
                   NEW YORK, NY 10017

Search Results as of: 05/02/2018 02:57 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 2,692,672
Registered Mar. 4, 2003

## TRADEMARK
## PRINCIPAL REGISTER



VAN CLEEF & ARPELS LOGISTICS S. A. (SWIT-
ZERLAND CORPORATION)
8 ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: PRECIOUS METALS AND THEIR ALLOYS
SOLD IN BULK; GOODS MADE OF PRECIOUS
METALS OR COATED THEREWITH, NAMELY
STUDS FOR TIES, SHIRTS, COLLARS AND TUX-
EDOS, BUTTON COVERS, HAIR ORNAMENTS,
HEADBANDS, BUCKLES, MONEY CLIPS, KEYS,
KEY CHAINS; JEWELRY, PRECIOUS STONES,
HOROLOGICAL AND CHRONOMETRIC INSTRU-
MENTS, NAMELY CHRONOMETERS, CHRONO-
GRAPHS FOR USE AS WATCHES; NECKLACES;
CHAINS, CLIPS, EAR CLIPS, STUD EARRINGS,
RINGS AND PENDANTS, ALL BEING JEWELRY;

WATCHES, WATCH BRACELETS, CLOCKS; CUF-
FLINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

OWNER OF U.S. REG. NO. 1,584,572.

THE LINING IN THE DRAWING IS A FEATURE
OF THE MARK.

THE MARK CONSISTS OF THE LETTERS "VCA"
AND A STYLIZED DESIGN OF THE FAMOUS
COLUMN OF "LA PLACE VENDOME" IN PARIS.

SER. NO. 76-368,105, FILED 2-7-2002.

MARY ROSSMAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jun 5 05:21:02 EDT 2019*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VC A |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [ Precious metals and their alloys sold in bulk; ] [ goods made of precious metals or coated therewith, namely, ] [ studs for ties, shirts, collars and tuxedos ] [, button covers, hair ornaments, headbands, buckles, ] [ money clips, keys, key chains] [ ; ] jewelry; [, precious stones, ] [ phonological and chronometrical ] [* horological and chronometric * instruments, namely, chronometers, chronographs for use as watches; necklaces; chains, clips, ear clips, stud earrings, rings and pendants, all being jewelry; ] watches; [ watch bracelets, clocks;] [ cufflinks ]. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 17.03.04 - Bars, gold ; Gold bars ; Ingot (bar or block of precious or non-precious metal) ; Ingots<br>26.07.21 - Diamonds that are completely or partially shaded |
| **Serial Number** | 76368105 |
| **Filing Date** | February 7, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 10, 2002 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **2692672** |
| **Registration Date** | March 4, 2003 |
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS LOGISTICS S. A. CORPORATION SWITZERLAND 8 route de Chandolan 1752 Villars-sur-Glane SWITZERLAND<br><br>(LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8, ROUTE DE BICHES 1752 VILLARS-SUR-GLANE, CHX SWITZERLAND |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 1584572 |
| **Description of Mark** | The mark consists of the letters "VCA" and a stylized design of the famous column of "LA PLACE VENDOME" in Paris. The lining in the drawing is a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130306. |
| **Renewal** | 1ST RENEWAL 20130306 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 76368105 | **Filing Dt:** 02/07/2002 | **Reg #:** 2692672 | **Reg. Dt:** 03/04/2003 |
| **Registrant:** VAN CLEEF & ARPELS LOGISTICS S. A. | | | |
| **Mark:** VC A | | | |

**Assignment: 1**

**Reel/Frame:** 3503/0066          **Recorded:** 03/19/2007                    **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.                **Exec Dt:** 11/23/2006
                                                                                                **Entity Type:** CORPORATION
                                                                                                **Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA                              **Entity Type:** CORPORATION
8 ROUTE DE CHANDOLAN                                              **Citizenship:** SWITZERLAND
1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

Search Results as of: 06/05/2019 02:14 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 2,751,878

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## ALHAMBRA

VAN CLEEF & ARPELS LOGISTICS S. A. (SWIT-ZERLAND CORPORATION)
B ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: PRECIOUS METAL AND THEIR ALLOYS AND PRODUCTS MADE THEREOF OR COATED THEREWITH NOT INCLUDED IN OTHER CLAS-SES, NAMELY, JEWELRY, PRECIOUS GEM-STONES, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS NAMELY WATCHES AND WATCH BRACELETS AND CLOCKS, NECKLACES, JEWEL-RY CHAINS OF PRECIOUS METAL, BROOCHES, EARRINGS, JEWELRY RINGS, PENDANTS, AN-KLE BRACELETS, CUFF LINKS, STUDS AND TIE FASTENERS MADE OF PRECIOUS METAL, HAIR ACCESSORIES MADE OF PRECIOUS METAL NAMELY JEWELRY, BOXES AND TRUNKS IN PRECIOUS METAL NAMELY JEWELRY BOXES AND DECORATIVE BOXES MADE OF PRECIOUS METAL, URNS MADE OF PRECIOUS METAL, BELT BUCKLES MADE OF PRECIOUS METAL, MONEY CLIPS IN PRECIOUS METAL; KEYS AND KEY RINGS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 01/3081930., FILED 2-9-2001, REG. NO. 1/3.081.930, DATED 2-9-2001, EX-PIRES 2-9-2011.

SER. NO. 76-298,807, FILED 8-10-2001.

JOHN DWYER, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Mar 26 04:51:44 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ALHAMBRA

| | |
|---|---|
| **Word Mark** | ALHAMBRA |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: PRECIOUS METAL AND THEIR ALLOYS AND PRODUCTS MADE THEREOF OR COATED THEREWITH NOT INCLUDED IN OTHER CLASSES, NAMELY, JEWELRY, [ PRECIOUS GEMSTONES, ] HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, namely, WATCHES AND WATCH BRACELETS AND [ CLOCKS, ] NECKLACES, JEWELRY CHAINS OF PRECIOUS METAL, [ BROOCHES, ] EARRINGS, JEWELRY RINGS, PENDANTS, ANKLE BRACELETS, CUFF LINKS, STUDS [ AND TIE FASTENERS ] MADE OF PRECIOUS METAL, [ HAIR ACCESSORIES MADE OF PRECIOUS METAL, namely, JEWELRY, BOXES AND TRUNKS IN PRECIOUS METAL, namely, JEWELRY BOXES AND DECORATIVE BOXES MADE OF PRECIOUS METAL, URNS MADE OF PRECIOUS METAL, BELT BUCKLES MADE OF PRECIOUS METAL, MONEY CLIPS IN PRECIOUS METAL; KEYS AND KEY RINGS MADE OF PRECIOUS METAL ] |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76298807 |
| **Filing Date** | August 10, 2001 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | May 27, 2003 |
| **Registration Number** | 2751878 |
| **Registration Date** | August 19, 2003 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS LOGISTICS S. A. CORPORATION SWITZERLAND B route de Chandolan 1752 Villars-sur-Glane SWITZERLAND |
| | (LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8 ROUTE DES BICHES 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Priority Date** | February 9, 2001 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20130323. |
| **Renewal** | 1ST RENEWAL 20130323 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 76298807 | **Filing Dt:** 08/10/2001 | **Reg #:** 2751878 | **Reg. Dt:** 08/19/2003 |

**Registrant:** VAN CLEEF & ARPELS LOGISTICS S. A.

**Mark:** ALHAMBRA

## Assignment: 1

**Reel/Frame:** 3503/0066          **Recorded:** 03/19/2007          **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.          **Exec Dt:** 11/23/2006
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA          **Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

8 ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/26/2018 05:19 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *eBUSINESS* | CONTACT US | PRIVACY STATEMENT |

**Int. Cls.: 14 and 35**

**Prior U.S. Cls.: 2, 27, 28, 50, 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 2,936,247

Registered Mar. 29, 2005

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# VAN CLEEF & ARPELS

VAN CLEEF & ARPELS LOGISTICS S.A. (SWITZERLAND CORPORATION)

8, ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: ITEMS MADE OF PRECIOUS METAL, NAMELY, RINGS, BRACELETS, EARRINGS, NECKLACES, PENDANTS, CHARMS, BROOCHES, CLIPS, HAIRCLIPS, JEWELRY BOXES, JEWELRY CASES, TIE CLIPS, CUFFLINKS, SHIRT STUDS, WATCH BRACELETS AND BUCKLES; JEWELRY, WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-0-1939; IN COMMERCE 3-0-1939.

FOR: RETAIL SHOPS FEATURING JEWELRY AND WATCHES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1940; IN COMMERCE 10-0-1940.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 971,523, 2,114,588 AND OTHERS.

SER. NO. 78-367,577, FILED 2-13-2004.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Mar 13 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

[?]

| | |
|---|---|
| **Word Mark** | VAN CLEEF & ARPELS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: items made of precious metal, namely, rings, bracelets, earrings, necklaces, pendants, charms, brooches, clips, hairclips, jewelry boxes, jewelry cases, [ tie clips, cufflinks, shirt studs, ] watch bracelets and buckles; jewelry, watches and clocks. FIRST USE: 19390300. FIRST USE IN COMMERCE: 19390300<br><br>IC 035. US 100 101 102. G & S: retail shops featuring jewelry and watches. FIRST USE: 19401000. FIRST USE IN COMMERCE: 19401000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78367577 |
| **Filing Date** | February 13, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | **2936247** |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) Van Cleef & Arpels Logistics S.A. CORPORATION SWITZERLAND 8, Route de Chandolan 1752 Villars-sur-Glane SWITZERLAND<br><br>(LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8 ROUTE DE CHANDOLAN 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 0971523;1415794;2114588;AND OTHERS |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141110. |
| **Renewal** | 1ST RENEWAL 20141110 |
| **Live/Dead Indicator** | LIVE |



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78367577 | **Filing Dt:** 02/13/2004 | **Reg #:** 2936247 | **Reg. Dt:** 03/29/2005 |

**Registrant:** Van Cleef & Arpels Logistics S.A.

**Mark:** VAN CLEEF & ARPELS

### Assignment: 1

**Reel/Frame:** 3503/0066        **Recorded:** 03/19/2007        **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.        **Exec Dt:** 11/23/2006

**Entity Type:** CORPORATION

**Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA        **Entity Type:** CORPORATION

8 ROUTE DE CHANDOLAN        **Citizenship:** SWITZERLAND

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/13/2018 05:50 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *eBUSINESS* | CONTACT US | PRIVACY STATEMENT |

Int. Cls.: **14 and 25**

Prior U.S. Cls.: **2, 22, 27, 28, 39 and 50**

Reg. No. 3,489,019

**United States Patent and Trademark Office**    Registered Aug. 19, 2008

TRADEMARK
PRINCIPAL REGISTER

# ALHAMBRA

VAN CLEEF & ARPELS S.A. (SWITZERLAND
SOCIÉTÉ ANONYME)
8 ROUTE DE BICHES
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: JEWELRY; CLOCK AND WATCH MAKING,
NAMELY, WATCHES, WATCH BRACELETS,
CHRONOMETERS, CLOCKS, HOROLOGICAL
AND CHRONOMETRIC INSTRUMENTS AND
CASES THEREFORE, IN CLASS 14 (U.S. CLS. 2, 27,
28 AND 50).

FOR: BLOUSES; T-SHIRTS; KNITWEAR, NAME-
LY, KNIT SHIRTS, KNIT SCARVES, KNIT CARDI-
GANS; SWEATSHIRTS; JACKETS; GARMENTS,
NAMELY, SHAWLS, SWEATERS, TROUSERS,
SKIRTS; JEANS; TROUSERS AND SUITS; CAPS;

HATS; SCARVES; LINGERIE; PAJAMAS; COAT-
S;BOOTS; SLIPPERS, IN CLASS 25 (U.S. CLS. 22
AND 39).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION
0940168 DATED 7-30-2007, EXPIRES 7-30-2017.

OWNER OF U.S. REG. NO. 2,751,878.

SER. NO. 79-044,830, FILED 7-30-2007.

MICHAEL TANNER, EXAMINING ATTORNEY